**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EDSON TORO

v. C.A. No. 08-64 S

STATE OF RHODE ISLAND

**ORDER**

Plaintiff Edson Toro, pro se, filed a Complaint with the Court pursuant to 42 U.S.C. § 1983 and paid $250.00 for the initial filing fee. However, the filing fee in civil actions is $350.00. Accordingly, plaintiff is hereby ordered to pay the balance of $100.00, or file a motion to proceed *in forma pauperis* within ten days.

Failure to comply with this Order will result in dismissal of this action.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
February 26, 2008