UNITED STATES DISTRICT COURT
FOR THE DISTRICT of RHODE ISLAND

EDSON TORO

VS CA NO 08-64 S

STATE of RHODE ISLAND

MOTION TO proceed in forma pauperis

Now comes the plaintiff Edson Toro in the above entitled action and moves to proceed in this Motion forma pauperis in that he is unable to pay the full filing fee of $ 350.00 at this time and has already paid $ 250.00 the balance of $ 100-00 cannot be paid. Having spent currently all available funds in his account to pay $ 250.00.

Therefore in the interest of justice and fairness pursuant to the Federal Court Rules of procedure of forma pauperis. The plaintiff Respectfully Requests that the additional fee of $ 100. be waived for the administration of this matter.

Wherefore the plaintiff prays that this Honorable Court grant his motion to proceed in forma pauperis for the balance of $100.00 towards the filing fee.

Date 3-5-2008

Respectfully submitted,
Edson Toro

Certification of Verification

I certify and verify under the oath under the penalty of perjury that the information contained in this MOTION is true and correct to the best of my Knowledge. I also certify that I mailed a true copy of said motion to the office of the Attorney General at 150 South main st PROV, RI 02903

DATE 3-5-2008

Edson Toro