**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EDSON TORO**

**v.** **C.A. No. 08-064 S**

**STATE OF RHODE ISLAND, et al.**

**MEMORANDUM AND ORDER**

Jacob Hagopian, Senior United States Magistrate Judge

This matter is before the court on the application of the *pro se* plaintiff for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has initially paid $250.00 towards the $350.00 filing fee but cannot afford to pay the balance of $100.00. Said application is **GRANTED**.

However, pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his inmate account on the balance due. See 28 U.S.C. § 1915(b)(2). Accordingly, the Rhode Island Department of Corrections shall forward to the clerk of this court monthly payments of 20 percent of the plaintiff's preceding month's income each time the plaintiff's account balance exceeds $10.00. Such fees shall be forwarded until the remainder of the filing fee - **$100.00** - is paid in full.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 11 MAR 08