**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**EDSON TORO,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**STATE OF RHODE ISLAND,**
**SUPERIOR COURT;**
**ASHBEL T. WALL, Director of the**
**Department of Corrections;**
**JOHN AND JANE DOE**
**Defendants.**

**ENTRY OF APPEARANCE**

I, Thomas A. Palombo, Assistant Attorney General, hereby enter my appearance for and on behalf of Defendant, State of Rhode Island, Superior Court, in the above-captioned action.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Thomas A. Palombo

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of this Entry of Appearance by First Class U.S. Mail, postage prepaid, on this 16th day of January, 2008, to **Edson Toro,** ***pro se***, department of Corrections, High Security Center, P.O. Box 8200, Cranston, RI 02920.

/s/ Thomas A. Palombo