UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDSON TORO
V. CA NO 08-064 S
STATE OF RHODE ISLAND,
et al

"PLAINTIFFS Objection To Defendant
Ashbel T. Wall's MOTION TO dismiss."

Now comes the plaintiff Edson Toro pro-se and objects to the defendant Ashbel T. Walls motion to dismiss. Pursuant to Rule 12 of the Federal Rule of civil procedure and states as follows;

1) Defendant WALL is just one defendant of this instant complaint and is represented by Michael B. Grant. Defendant Wall has no standing to have this complaint to all other defendants be dismissed.
The other defendants are Represented by the Attorney General and it is the Attorney General who must make an argument for those defendants.
The petitioner states if defendant Wall is successful in his argument on the issue of not being liable pursuant to Respondent Superior. That the complaint. Remove him as a

defendant [illegible]'s the court may dismissed him as a defendant without prejudice to the plaintiff or other defendants.

2) The plaintiff TORO states as to the issue of 'STATUTE of LIMITATIONS' is totally without merit.

First the plaintiff TORO would state that he is not time barred. The plaintiff mailed out his complaint on 2-4-2008 (see exhibit appended.) Pursuant to mail box rule the complaint was filed in time. In addition the plaintiff would state that ANY delay in the delivery of the mailing his complaint to be filed in District court was through no fault of his own. Deputy WARDEN DONNA Collins held up or delayed the processing of his mail. HER signature is on the Reciept from Inmate Account Money transfer slip which was processed on 2-14-2008. That is a delay of Ten days. DONNA Collins is responsible for Any delays and as an Agent of the defendant Ashbel T. WALL has engaged in obstruction of Justice which is also a Federal crime and tampering with UNITED STATES MAil, and denying the plaintiff Access to the COURT.

The plaintiff would also like to MAKE a correction for the Record.

The actual date of the Supreme Court of Rhode Islands decision in P2-93-0837A was to take force on 2-23-2005, the day of Advisement.

Never the less what the defendant Ashbel T. Wall through his Attorney Michael B. Grant has neglected to state regarding the three year statute of limitations is that a prisoner has three years from the date of Release to file a complaint. That is if the prisoner has never been Released since the matter which arises to make this complaint which is the case the time is tolled until release. The complaint arose out of matters which occurred on July 14, 1994 at which time the plaintiff was incarcerated. The plaintiff has never been Released from incarceration from that time to the present. Therefore the plaintiff still has three years from the date of Release to file a complaint. The toll applies, therefore the plaintiff is not time barred from filing this instant complaint.

Wherefore the plaintiff prays that this Honorable court deny the defendant Wall's motion to dismiss, as he has no standing as to other defendants and the statute of limitations time barred defense does not apply.

VERIFICATION

I Edson Toro do hereby verify under oath and the penalty of perjury that the aforegoing within said Motion is True and correct to the best of my ability.

Edson Toro pro-se

Certification

I Edson Toro do hereby certify that I mailed a true copy of within motion to Michael B. Grant at 40 Howard Ave Cranston, R.I 02920 on 4-15-2008

Edson Toro
PRO-SE