Note: Please take from Frozen funds And remainder from Active funds. A.

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 90662 DATE 2-4-08

NAME Toro (LAST) Edson (FIRST) (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. ☐ POSTAGE AMOUNT

1. LETTER / LETTERS ______
2. CARD / CARDS ______
3. CERTIFIED MAIL ______
4. OTHER ______

deleted

TOTAL $ 250.00

IV ☐ WORK RELEASE

RENT FOR WEEK AMOUNT

OF ____ TO ____ $ ______

EXPENSE PAYMENT FOR WEEK

OF ____ TO ____ $ ______

TOTAL $ ______

II. ☒ DRAW CHECK / CASH FOR $ 250.00

CLERK OF THE COURT (NAME)

UNITED STATES DISTRICT COURT (ADDRESS)

PROV. R.I. 02903-1720 (CITY OR TOWN)

______ (RELATIONSHIP)

V. ☐ PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

PERSON ON VISITING LIST ☐ YES ☒ NO VERIFIED ______ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal Filing Fee

D Collins

ASSOCIATE DIRECTOR DATE

☐ APPROVED ☐ DENIED

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ______ FROM THE ADULT COR

RECTIONAL INSTITUTIONS BUSINESS OFFICE.

Edson Toro

INMATES SIGNATURE

______ RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY