EXHIBIT A

# Criminal Docket Sheet Report



**Case ID:** P1-1997-3049A **Description:** EDSON TORO
**Filing Date:** 12-SEP-1997
**Original Case ID:** 00200097356
629709668

**Defendant Name:** EDSON TORO
**BCI#:** 09210594 **Date of Birth:** 15-SEP-1975
**Address:** ACI

PROVIDENCE RI

**Police Dept:** RHODE ISLAND STATE POLICE DETECTIVES
**Incarcerated:**

**COURT APPOINTED ATTORNEY:** JOSEPH L. DECAPORALE
**PROSECUTOR:** STEPHEN A REGINE

## Charge Information

**Count:** 1 11-23-1/2D **MURDER 2**
**Offense Date:** 16-JUN-1997
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 50 Years
**Start:** 07-NOV-2005
**Judge:** JUDGE VOGEL
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 28 Years
**Start:** 07-NOV-2005
**Judge:** JUDGE VOGEL
**Text:** retro to 06/16/97

**Sentence:** SUSPENDED
**Term:** 22 Years
**Start:** 07-NOV-2005
**Judge:** JUDGE VOGEL
**Text:**

**Sentence:** PROBATION
**Term:** 22 Years
**Start:** 07-NOV-2005
**Judge:** JUDGE VOGEL
**Text:**

**Sentence:** TOTAL ASSESSMENTS
**Term:** 0 Years
**Start:** 07-NOV-2005
**Judge:** JUDGE VOGEL
**Text:** $ 632.00

**Count:** 2 12-19-21 **HABITUAL CRIMINAL**
**Offense Date:** 10-APR-2001

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Charge Information

**Charge Text:**
**Disposition:** DISMISSED 48A

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

## Bail Information

| | |
|---|---|
| 08-OCT-1997 | TYPE OF BAIL SET Bail Type: H/W/O BAIL; Count: 001; Judge/Bail: PFEIFFER |
| 02-DEC-1999 | TYPE OF BAIL SET Bail Type: H/W/O BAIL; Judge/Bail: DEROBBIO |
| 19-AUG-2004 | DEFENDANT HELD WITHOUT BAIL |
| 12-NOV-2004 | SURETY BAIL SET AT $50,000.00 SURETY OR 10% CASH |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 10-AUG-2004 | BAIL HEARING | P | CLIFTON, JUDGE |
| 10-OCT-2005 | TRIAL DATE CERTAIN | P | PFEIFFER, JUDGE |
| 19-APR-2007 | MOTION TO CORRECT SENTENCE | P | VOGEL, JUDGE |

## Events

| Date | Event | Judge |
|---|---|---|
| 07-JUL-1997 | **ARRAIGNMENT**<br>EVENT ACTION COMPLETED | DEROBBIO, JUDGE |
| 08-JUL-1997 | **TRANSFERRED TO SUPERIOR COURT**<br>EVENT ACTION COMPLETED<br>EVENT REASON PETITION/RULE 5A | DEROBBIO, JUDGE |
| 12-SEP-1997 | **FELONY INITIAL APPEARANCE**<br>EVENT ACTION COMPLETED | DEROBBIO, JUDGE |
| 08-OCT-1997 | **ARRAIGNMENT**<br>EVENT ACTION COMPLETED<br>DEFT ARRGN & PLEADS NOT GUILTY | PFEIFFER, JUDGE |
| 05-JAN-1998 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | KRAUSE, JUDGE |

Office of ... Counties of ... Providence, ...

# Criminal Docket Sheet Report

P1-1997-3049A

## Events

| Date | Event | Judge |
|---|---|---|
| 20-JAN-1998 | **PRE-TRIAL CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 20-FEB-1998 | **MOTION FOR RELEASE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 20-FEB-1998 | **PRE-TRIAL CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 27-FEB-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON ACI/MARSHAL CANCELD DEFD APPEARANCE | |
| 27-FEB-1998 | **PRE-TRIAL CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 12-MAR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | |
| 12-MAR-1998 | **PRE-TRIAL CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL NO SHOW | |
| 19-MAR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 19-MAR-1998 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 26-MAR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 02-APR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 02-APR-1998 | **PRE-TRIAL CONFERENCE** | CRESTO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| | EVENT REASON Defense | |

A True Copy Attest
Office of Clerk ... Court
Counties ... Rhode Island
Provide...

# Criminal Docket Sheet Report

P1-1997-3049A

## Events

| Date | Event | Judge |
|---|---|---|
| 09-APR-1998 | **PRE-TRIAL CONFERENCE** | RAGOSTA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 16-APR-1998 | **MOTION RETURN SEIZED PROPERTY** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| | EVENT REASON Defense | |
| 23-APR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 24-APR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON MOTION WITHDRAWN | |
| 07-JUL-1998 | **MOT FOR EXCULPATORY EVIDENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 16-JUL-1998 | **MOT FOR EXCULPATORY EVIDENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PROSECUTOR UNAVAILABLE | |
| 24-JUL-1998 | **MOT FOR EXCULPATORY EVIDENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 07-AUG-1998 | **MOT FOR EXCULPATORY EVIDENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON ORDER TO ENTER | |
| 11-SEP-1998 | **MOTION TO CLARIFY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 17-SEP-1998 | **TRIAL** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 18-SEP-1998 | **MOTION TO CLARIFY** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON ORDER ENTERED | |
| 08-DEC-1998 | **MOTION TO COMPEL** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON ORDER TO ENTER | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 08-DEC-1998 | **STATUS CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 19-JAN-1999 | **STATUS CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 17-FEB-1999 | **STATUS CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL EXCUSED FROM COURT | |
| 03-MAR-1999 | **STATUS CONFERENCE** | CRESTO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON STATE NOT READY | |
| | EVENT REASON State | |
| 07-APR-1999 | **STATUS CONFERENCE** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 14-APR-1999 | **STATUS CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 05-MAY-1999 | **PRE-TRIAL CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 05-MAY-1999 | **STATUS CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 02-JUN-1999 | **STATUS CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 30-JUN-1999 | **STATUS CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 07-JUL-1999 | **STATUS CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 13-SEP-1999 | **STATUS CONFERENCE** | KEOUGH, MAGISTRATE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PROSECUTOR ON TRIAL OTHER COURT | |

True Copy Attest

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 27-SEP-1999 | **STATUS CONFERENCE** | KEOUGH, MAGISTRATE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 28-SEP-1999 | **STATUS CONFERENCE** | KEOUGH, MAGISTRATE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 06-DEC-1999 | **STATUS CONFERENCE** | KEOUGH, MAGISTRATE |
| | PENDING FURTHER INVESTIGATION | |
| 21-JAN-2000 | **STATUS CONFERENCE** | DARIGAN, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 11-FEB-2000 | **STATUS CONFERENCE** | KEOUGH, MAGISTRATE |
| | PENDING FURTHER INVESTIGATION | |
| 10-MAR-2000 | **STATUS CONFERENCE** | DARIGAN, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 31-MAR-2000 | **STATUS CONFERENCE** | DARIGAN, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 01-MAY-2000 | **STATUS CONFERENCE** | KEOUGH, MAGISTRATE |
| | PROSECUTOR UNAVAILABLE | |
| 08-MAY-2000 | **STATUS CONFERENCE** | KEOUGH, MAGISTRATE |
| | PENDING FURTHER INVESTIGATION | |
| 22-MAY-2000 | **STATUS CONFERENCE** | KEOUGH, MAGISTRATE |
| | CASE PASSED FOR TRIAL | |
| 04-SEP-2000 | **TRIAL** | KEOUGH, MAGISTRATE |
| | PENDING FURTHER INVESTIGATION | |
| 16-OCT-2000 | **TRIAL** | KEOUGH, MAGISTRATE |
| | DEFENSE ATTY COURT EXCUSED | |
| 05-DEC-2000 | **STATUS CONFERENCE** | KEOUGH, MAGISTRATE |
| | CASE PASSED FOR TRIAL | |
| 15-DEC-2000 | **MOTION** | DIMITRI, JUDGE |
| | GRANTED | |
| 21-DEC-2000 | **MOTION** | GAGNON, JUDGE |
| | GRANTED | |
| 26-DEC-2000 | **CONTROL DATE** | DIMITRI, JUDGE |
| | ZZZ PASSED | |
| 08-JAN-2001 | **TRIAL** | SHEEHAN, JUDGE |
| | CASE OPENS TO JURY/TRIAL PROCD | |
| 05-FEB-2001 | **MOTION FOR NEW TRIAL** | SHEEHAN, JUDGE |
| | DENIED | |
| 26-MAR-2001 | **SENTENCING** | SHEEHAN, JUDGE |
| | JUDGE NOT AVAILABLE | |
| 10-APR-2001 | **SENTENCING** | SHEEHAN, JUDGE |
| | COMPLETED | |

True Copy Attest
Office of Clerk ... Court
Counties ... Bristol
Providence ...

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 19-APR-2001 | **MOTION TO WITHDRAW**<br>GRANTED | NUGENT, JUDGE |
| 10-MAY-2001 | **DETERMINATION OF ATTORNEY**<br>PUBLIC DEFENDER T/ENTER APPEAR | DIMITRI, JUDGE |
| 31-MAY-2001 | **MOTION TO APPOINT ATTORNEY**<br>ZZZ PASSED | RAGOSTA, JUDGE |
| 04-OCT-2002 | **MOTION TO APPOINT ATTORNEY**<br>GRANTED | PROCACCINI, JUDGE |
| 18-OCT-2002 | **DETERMINATION OF ATTORNEY**<br>COURT TO APPNT PRIVATE COUNSEL | KEOUGH, MAGISTRATE |
| 25-OCT-2002 | **DETERMINATION OF ATTORNEY**<br>REPRESENTATION PROBLEM | PROCACCINI, JUDGE |
| 01-NOV-2002 | **DETERMINATION OF ATTORNEY**<br>COURT TO APPNT PRIVATE COUNSEL | PROCACCINI, JUDGE |
| 08-NOV-2002 | **DETERMINATION OF ATTORNEY**<br>COURT TO APPNT PRIVATE COUNSEL | PROCACCINI, JUDGE |
| 10-DEC-2002 | **DETERMINATION OF ATTORNEY**<br>COURT TO APPNT PRIVATE COUNSEL | PROCACCINI, JUDGE |
| 16-DEC-2002 | **DETERMINATION OF ATTORNEY**<br>DEFENSE ATTY TO ENTER | PROCACCINI, JUDGE |
| 04-SEP-2003 | **MOTION**<br>PENDING FURTHER INVESTIGATION | MCGUIRL, JUDGE |
| 26-SEP-2003 | **MOTION FOR BAIL PENDING APPEAL**<br>PENDING FURTHER INVESTIGATION | DARIGAN, JUDGE |
| 17-NOV-2003 | **MOTION FOR NEW TRIAL**<br>PENDING FURTHER INVESTIGATION | DARIGAN, JUDGE |
| 16-JAN-2004 | **MOTION FOR NEW TRIAL**<br>PENDING FURTHER INVESTIGATION | DARIGAN, JUDGE |
| 09-FEB-2004 | **MOTION FOR NEW TRIAL**<br>DEFENSE WITNESS NO SHOW | DARIGAN, JUDGE |
| 16-FEB-2004 | **MOTION FOR NEW TRIAL**<br>PENDING FURTHER INVESTIGATION | DARIGAN, JUDGE |
| 09-JUL-2004 | **ADVISEMENT SUPREME CT DECISION**<br>COMPLETED | MCGUIRL, JUDGE |
| 27-JUL-2004 | **DETERMINATION OF ATTORNEY**<br>COMPLETED | MCGUIRL, JUDGE |
| 19-AUG-2004 | **BAIL HEARING**<br>COMPLETED | CLIFTON, JUDGE |
| 25-AUG-2004 | **HOME CONFINEMENT REVIEW**<br>PENDING FURTHER INVESTIGATION | FORTUNATO, JUDGE |
| 23-SEP-2004 | **HOME CONFINEMENT REVIEW**<br>DOCUMENT(S) FILED | MCGUIRL, JUDGE |

Attest
Court
Office of ... Counties of ... & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report

P1-1997-3049A

## Events

| Date | Event | Judge |
|---|---|---|
| 01-OCT-2004 | **HOME CONFINEMENT REVIEW** | MCGUIRL, JUDGE |
| | PASSED | |
| 12-NOV-2004 | **BAIL REVIEW** | CLIFTON, JUDGE |
| | COMPLETED DEFENDANT'S MOTION TO RECONSIDER BAIL IS GRANTED/COURT REMOVES CONDITION OF HOME CONFINEMENT | |
| | WANT OF BAIL DEFT IS COMMITTED | |
| 24-JAN-2005 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | DEFENSE ATTY NO SHOW | |
| 31-JAN-2005 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | DEFENSE ATTY UNAVAILABLE | |
| 28-FEB-2005 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | DEFENSE ATTY UNAVAILABLE | |
| 03-MAR-2005 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 31-MAR-2005 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | PROSECUTOR ON TRIAL OTHER CT | |
| 04-MAY-2005 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | CASE PASSED FOR TRIAL | |
| 07-NOV-2005 | **TRIAL DATE CERTAIN** | VOGEL, JUDGE |
| | DEFN RETRACTS PLEA/NOT GUILTY | |
| | DEFENDANT RE-ARRAIGNED | |
| | DISPOSED/SENTENCED AT TRL | |
| 31-JAN-2006 | **MOTION** | VOGEL, JUDGE |
| | DENIED | |
| 07-APR-2006 | **MOTION TO REDUCE SENTENCE** | VOGEL, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 05-MAY-2006 | **MOTION TO REDUCE SENTENCE** | VOGEL, JUDGE |
| | DENIED | |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|
| 01-AUG-2001 | 06-JUL-2004 | SUPREME COURT | |
| **Reason:** TRANSFER TO SUPREME COURT | | | |
| 27-OCT-2004 | | WASHINGTON COUNTY SUPERIOR COURT | |
| **Reason:** TRANSFER WASH SUPERIOR COURT | | | |

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|

Superior Court ... Bristol ... Rhode Island

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 07-JUL-1997 | EVENT ACTION | COMPLETED |
| 08-JUL-1997 | ORD FOR BAIL HEARING- -RULE 5A | Party Filing: STATE |
| 08-JUL-1997 | EVENT ACTION | COMPLETED |
| 08-JUL-1997 | EVENT REASON | PETITION/RULE 5A |
| 12-SEP-1997 | INDICTMENT FILED | Party Filing: STATE |
| 12-SEP-1997 | EVENT ACTION | COMPLETED |
| 12-SEP-1997 | CASE INITIATION | |
| 08-OCT-1997 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 08-OCT-1997 | NTC OF A.G. HABITUAL OFFENDER | Party Filing: STATE |
| 08-OCT-1997 | NOTICE | Party Filing: STATE ; Note: RECOMMENDING A LIFE SENTENCE WITHOUT PAROLE |
| 08-OCT-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Count: 001; Judge/Bail: PFEIFFER |
| 08-OCT-1997 | EVENT ACTION | COMPLETED |
| 12-NOV-1997 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 12-NOV-1997 | MOTION EXCULPATORY EVIDENCE | Party Filing: DEFENSE |
| 15-DEC-1997 | ORDER FOR GRAND JURY TAPES | Party Filing: STATE |
| 15-DEC-1997 | RSP DEFT REQ DSCVY/INSPEC | Party Filing: STATE |
| 05-JAN-1998 | EVENT ACTION | POSTPONED |
| 05-JAN-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 20-JAN-1998 | OTHER DOCUMENT | Party Filing: STATE ; Note: WITNESS STATEMENTS |
| 20-JAN-1998 | EVENT ACTION | POSTPONED |
| 20-JAN-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 21-JAN-1998 | RECEIPT FOR GRAND JURY TAPES | Party Filing: STATE |
| 20-FEB-1998 | EVENT ACTION | POSTPONED |
| 20-FEB-1998 | EVENT ACTION | POSTPONED |
| 20-FEB-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 20-FEB-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 27-FEB-1998 | EVENT ACTION | POSTPONED |
| 27-FEB-1998 | EVENT ACTION | POSTPONED |
| 27-FEB-1998 | EVENT REASON | ACI/MARSHAL CANCELD DEFD APPEARANCE |
| 27-FEB-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 04-MAR-1998 | LETTER FILED | Party Filing: DEFENSE ; Note: FROM DEFN/ANSWERED 3-5-98 |
| 04-MAR-1998 | LETTER FILED | Party Filing: DEFENSE ; Note: ANS 3-5-98 AMD |
| 12-MAR-1998 | EVENT ACTION | POSTPONED |
| 12-MAR-1998 | EVENT ACTION | POSTPONED |
| 12-MAR-1998 | EVENT REASON | DEFENSE COUNSEL ON TRIAL OTH COURT |
| 12-MAR-1998 | EVENT REASON | DEFENSE COUNSEL NO SHOW |
| 19-MAR-1998 | EVENT ACTION | POSTPONED |
| 19-MAR-1998 | EVENT ACTION | POSTPONED |
| 19-MAR-1998 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 19-MAR-1998 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 26-MAR-1998 | EVENT ACTION | POSTPONED |
| 26-MAR-1998 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 02-APR-1998 | EVENT ACTION | POSTPONED |
| 02-APR-1998 | EVENT ACTION | POSTPONED |
| 02-APR-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 02-APR-1998 | EVENT REASON | DEFENSE NOT READY |
| 02-APR-1998 | EVENT REASON | Defense |
| 09-APR-1998 | EVENT ACTION | COMPLETED |
| 09-APR-1998 | EVENT REASON | CASE PASSED FOR TRIAL |
| 16-APR-1998 | EVENT ACTION | POSTPONED |
| 16-APR-1998 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 16-APR-1998 | EVENT REASON | Defense |
| 23-APR-1998 | EVENT ACTION | POSTPONED |
| 23-APR-1998 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 24-APR-1998 | EVENT ACTION | PASSED |
| 24-APR-1998 | EVENT REASON | MOTION WITHDRAWN |
| 05-JUN-1998 | MOTION EXCULPATORY EVIDENCE | Party Filing: DEFENSE ; Note: (SECOND) |
| 07-JUL-1998 | EVENT ACTION | POSTPONED |
| 07-JUL-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 08-JUL-1998 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 16-JUL-1998 | EVENT ACTION | POSTPONED |
| 16-JUL-1998 | EVENT REASON | PROSECUTOR UNAVAILABLE |
| 24-JUL-1998 | EVENT ACTION | POSTPONED |
| 24-JUL-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 07-AUG-1998 | EVENT ACTION | GRANTED |
| 07-AUG-1998 | EVENT REASON | ORDER TO ENTER |
| 02-SEP-1998 | MOTION TO CLARIFY | Party Filing: DEFENSE ; Note: ORDER |
| 11-SEP-1998 | EVENT ACTION | POSTPONED |
| 11-SEP-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 17-SEP-1998 | EVENT ACTION | POSTPONED |
| 17-SEP-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 18-SEP-1998 | ORDER ENTERED | Party Filing: COURT |
| 18-SEP-1998 | EVENT ACTION | GRANTED |
| 18-SEP-1998 | EVENT REASON | ORDER ENTERED |
| 08-DEC-1998 | EVENT ACTION | GRANTED |
| 08-DEC-1998 | EVENT ACTION | POSTPONED |
| 08-DEC-1998 | EVENT REASON | ORDER TO ENTER |
| 08-DEC-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 16-DEC-1998 | ORDER ENTERED | Party Filing: COURT |
| 19-JAN-1999 | ANS DEFT MOT FOR EXCULP EVID | Party Filing: STATE |
| 19-JAN-1999 | EVENT ACTION | POSTPONED |
| 19-JAN-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |

True Copy Attest
Office of Clerk, Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 22-JAN-1999 | APPEAL PERFECTED | Party Filing: DEFENSE |
| 17-FEB-1999 | EVENT ACTION | POSTPONED |
| 17-FEB-1999 | EVENT REASON | DEFENSE COUNSEL EXCUSED FROM COURT |
| 03-MAR-1999 | EVENT ACTION | POSTPONED |
| 03-MAR-1999 | EVENT REASON | STATE NOT READY |
| 03-MAR-1999 | EVENT REASON | State |
| 07-APR-1999 | EVENT ACTION | POSTPONED |
| 07-APR-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 14-APR-1999 | EVENT ACTION | POSTPONED |
| 14-APR-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 05-MAY-1999 | EVENT ACTION | POSTPONED |
| 05-MAY-1999 | EVENT ACTION | POSTPONED |
| 05-MAY-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 05-MAY-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 02-JUN-1999 | EVENT ACTION | POSTPONED |
| 02-JUN-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 30-JUN-1999 | EVENT ACTION | POSTPONED |
| 30-JUN-1999 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 07-JUL-1999 | EVENT ACTION | POSTPONED |
| 07-JUL-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 13-SEP-1999 | EVENT ACTION | POSTPONED |
| 13-SEP-1999 | EVENT REASON | PROSECUTOR ON TRIAL OTHER COURT |
| 27-SEP-1999 | EVENT ACTION | POSTPONED |
| 27-SEP-1999 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 28-SEP-1999 | EVENT ACTION | POSTPONED |
| 28-SEP-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 02-DEC-1999 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: DEROBBIO |
| 06-DEC-1999 | PENDING FURTHER INVESTIGATION | |
| 21-JAN-2000 | PENDING FURTHER INVESTIGATION | |
| 11-FEB-2000 | PENDING FURTHER INVESTIGATION | |
| 10-MAR-2000 | PENDING FURTHER INVESTIGATION | |
| 31-MAR-2000 | PENDING FURTHER INVESTIGATION | |
| 01-MAY-2000 | PROSECUTOR UNAVAILABLE | |
| 08-MAY-2000 | PENDING FURTHER INVESTIGATION | |
| 17-MAY-2000 | ORDER ENTERED | DEFT'S MOT TO PROCEED IN FORMA PAUPERIS IS GRANTED |
| 17-MAY-2000 | MOT PROCEED IN FORMA PAUPERIS<br>**Affiliated Party:** TORO, EDSON | |
| 22-MAY-2000 | CASE PASSED FOR TRIAL | |
| 24-MAY-2000 | ORDER ENTERED | AMENDED ORDER., 1 DEFT'S MOT FORMA PAUPERIS IS GRANTED., 2 DEFT AUTHORIZED TO HAVE TRANSCRIPTS OF HIS PROBATION VIOLATION HEARING. |
| 24-MAY-2000 | ORDER ENTERED | |

Superior Court
Providence & Bristol
Rhode Island

# Criminal Docket Sheet Report

P1-1997-3049A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 25-AUG-2000 | MOTION FOR CONTINUANCE | |
| | **Affiliated Party:** TORO, EDSON | |
| 04-SEP-2000 | PENDING FURTHER INVESTIGATION | |
| 27-SEP-2000 | RSP DEFT REQ FOR DISCOVERY | |
| | **Affiliated Party:** TORO, EDSON | |
| 27-SEP-2000 | MOTION FOR A VIEW | |
| | **Affiliated Party:** TORO, EDSON | |
| 12-OCT-2000 | TRIAL EVENT | |
| 12-OCT-2000 | DEFENSE ATTY COURT EXCUSED | |
| 13-OCT-2000 | MOTION FOR CONTINUANCE | |
| | **Affiliated Party:** TORO, EDSON | |
| 16-OCT-2000 | DEFENSE ATTY COURT EXCUSED | |
| 05-DEC-2000 | CASE PASSED FOR TRIAL | |
| 08-DEC-2000 | MOTION | supp, for rewards promises and inducements |
| | **Affiliated Party:** TORO, EDSON | |
| 14-DEC-2000 | SUPPLEMENTAL RESPONSE | |
| | **Affiliated Party:** TORO, EDSON | |
| 15-DEC-2000 | GRANTED | |
| 15-DEC-2000 | MOT FOR STATEMENT PROM,REW,IND | |
| | **Affiliated Party:** TORO, EDSON | |
| 15-DEC-2000 | MOTION TO PRODUCE | |
| | **Affiliated Party:** TORO, EDSON | |
| 18-DEC-2000 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** TORO, EDSON | |
| 20-DEC-2000 | ORDER ENTERED | Defendant's Motion for Promises,Rewards and Inducements is granted. |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 20-DEC-2000 | ORDER ENTERED | Defendant's Motion to Produce Records is granted. |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 21-DEC-2000 | GRANTED | |
| 26-DEC-2000 | ZZZ PASSED | |
| 03-JAN-2001 | MOTION | To use jury questionnaire as an aid to voir dire. |
| | **Affiliated Party:** TORO, EDSON | |
| 03-JAN-2001 | MOTION IN LIMINE | |
| | **Affiliated Party:** TORO, EDSON | |
| 03-JAN-2001 | MOTION TO SUPPRESS | Identifications. |
| | **Affiliated Party:** TORO, EDSON | |
| 05-JAN-2001 | SUPPLEMENTAL RESPONSE | Supplemental discovery response |
| | **Affiliated Party:** TORO, EDSON | |
| 05-JAN-2001 | MEMORANDUM FILED | Trial memorandum |
| | **Affiliated Party:** TORO, EDSON | |

# Criminal Docket Sheet Report

P1-1997-3049A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 05-JAN-2001 | MOTION IN LIMINE | Exclude testimony of correctional officer David Perry and testimony or evidence concerning a December 23,1993 dispute between Edson Toro and Luis Rivera. |
| | **Affiliated Party:** TORO, EDSON | |
| 05-JAN-2001 | MOTION IN LIMINE | To exclude testimony of inmate Santiago Ramirez |
| | **Affiliated Party:** TORO, EDSON | |
| 08-JAN-2001 | CASE OPENS TO JURY/TRIAL PROCD | |
| 08-JAN-2001 | SUPPLEMENTAL RESPONSE | Third supplemental discovery response. |
| | **Affiliated Party:** TORO, EDSON | |
| 18-JAN-2001 | MOTION/JUDGMENT ACQTAL EVENT | |
| 18-JAN-2001 | DENIED | |
| 18-JAN-2001 | STIPULATION | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 19-JAN-2001 | TRIAL PROCEEDS AND CONCLUDES | |
| 19-JAN-2001 | JURY RETURNS VERDICT | |
| 23-JAN-2001 | MOTION FOR NEW TRIAL | |
| | **Affiliated Party:** TORO, EDSON | |
| 05-FEB-2001 | DENIED | |
| 05-FEB-2001 | PRESENTENCE REPORT ORDERED | |
| 16-MAR-2001 | NOTICE | WITHDRAWAL NOTICE OF STATE'S INTENTION TO SEEK LIFE WITHOUT PAROLE |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 26-MAR-2001 | JUDGE NOT AVAILABLE | |
| 10-APR-2001 | MOTION TO WITHDRAW | |
| | **Affiliated Party:** TORO, EDSON | |
| 10-APR-2001 | COMPLETED | |
| 10-APR-2001 | JUDGMENT OF CONVICTION ENTERED | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 10-APR-2001 | MEMORANDUM FILED | SENTENCING |
| | **Affiliated Party:** TORO, EDSON | |
| 10-APR-2001 | DISPOSED/SENTENCED | |
| | **Affiliated Party:** TORO, EDSON | |
| 11-APR-2001 | NOTICE OF APPEAL SUPREME COURT | |
| | **Affiliated Party:** TORO, EDSON | |
| 19-APR-2001 | GRANTED | |
| 24-APR-2001 | ORDER ENTERED | THE MOTION TO WITHDRAW IS GRANTED |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 10-MAY-2001 | ENTRY OF APPEARANCE BY P.D. | |
| | **Affiliated Party:** ROSIN, PAULA | |
| 10-MAY-2001 | PUBLIC DEFENDER T/ENTER APPEAR | |
| 14-MAY-2001 | MOT PROCEED IN FORMA PAUPERIS | |
| | **Affiliated Party:** TORO, EDSON | |

Copy Attest
Office of ... Court
Providence, Rhode Island

**Criminal Docket Sheet Report** P1-1997-3049A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 14-MAY-2001 | OEN,TRANSCRIPT AT ST'S EXPENSE | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 17-MAY-2001 | REQUEST | for permission to file transcript order out of time |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 18-MAY-2001 | ORDER FOR TRANSCRIPT | |
| | **Affiliated Party:** TORO, EDSON | |
| 18-MAY-2001 | OEN,TRANSCRIPT AT ST'S EXPENSE | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 31-MAY-2001 | ZZZ PASSED | |
| 31-JUL-2001 | APPEAL SUPREME COURT EVENT | |
| 31-JUL-2001 | CASE TRANSMITTED TO SUPREME CT | CASE (2 FOLDERS) & PAPERS TRANSMITTED TO SUPREME COURT |
| 11-SEP-2002 | ORDER FOR TRANSCRIPT | |
| | **Affiliated Party:** TORO, EDSON | |
| 24-SEP-2002 | LTR,TRANSCRIPT SENT SUPREME CT | completed |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 30-SEP-2002 | MOTION | |
| 04-OCT-2002 | GRANTED | |
| 04-OCT-2002 | MOTION TO WITHDRAW EVENT | attorney |
| 04-OCT-2002 | GRANTED | |
| 16-OCT-2002 | RETURNED FROM SUPREME COURT | |
| 16-OCT-2002 | CASE REC'D FROM SUPREME COURT | case (2) folders returned case is returned for defendant to file motion for new trial retrurn to supreme fourt after hearing and decision |
| 18-OCT-2002 | COURT TO APPNT PRIVATE COUNSEL | |
| 22-OCT-2002 | LETTER COURT APPOINTS ATTORNEY | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 25-OCT-2002 | REPRESENTATION PROBLEM | |
| 01-NOV-2002 | COURT TO APPNT PRIVATE COUNSEL | |
| 08-NOV-2002 | COURT TO APPNT PRIVATE COUNSEL | |
| 14-NOV-2002 | ENTRY OF APPEARANCE | |
| | **Affiliated Party:** VALE, KENNETH C. | |
| 14-NOV-2002 | DATE DELETED | entry filed by Kenneth Vale |
| 18-NOV-2002 | ENTRY OF APPEARANCE BY P.D. | |
| | **Affiliated Party:** VALE, KENNETH C. | |
| 26-NOV-2002 | ORDER ENTERED | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 26-NOV-2002 | DETERMINATION OF ATTORNEY EVNT | |
| 26-NOV-2002 | COURT TO APPNT PRIVATE COUNSEL | |
| 10-DEC-2002 | COURT TO APPNT PRIVATE COUNSEL | |
| 16-DEC-2002 | DEFENSE ATTY TO ENTER | |
| 16-DEC-2002 | ENTRY OF APPEARANCE | |
| | **Affiliated Party:** DECAPORALE, JOSEPH L. | |

True Copy Attest

# Criminal Docket Sheet Report

P1-1997-3049A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 21-AUG-2003 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** TORO, EDSON | |
| 21-AUG-2003 | MOTION TO ASSIGN | |
| | **Affiliated Party:** TORO, EDSON | |
| 04-SEP-2003 | PENDING FURTHER INVESTIGATION | |
| 05-SEP-2003 | LETTER COURT APPOINTS ATTORNEY | |
| | **Affiliated Party:** DECAPORALE, JOSEPH L. | |
| 25-SEP-2003 | DATE DELETED | wrong event |
| 26-SEP-2003 | PENDING FURTHER INVESTIGATION | |
| 17-NOV-2003 | PENDING FURTHER INVESTIGATION | |
| 16-JAN-2004 | PENDING FURTHER INVESTIGATION | |
| 09-FEB-2004 | DEFENSE WITNESS NO SHOW | |
| 16-FEB-2004 | PENDING FURTHER INVESTIGATION | |
| 02-JUL-2004 | RETURNED FROM SUPREME COURT | files (2) returned from supreme /appellants motion for a new trial is granted |
| 08-JUL-2004 | ORDER, MOTION FOR NEW TRIAL | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 09-JUL-2004 | COMPLETED | |
| 09-JUL-2004 | DEFT REFERRED PUBLIC DEFENDER | |
| 23-JUL-2004 | OTHER DOCUMENT | amended judgement |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 27-JUL-2004 | COMPLETED | |
| 27-JUL-2004 | ENTRY OF APPEARANCE | |
| | **Affiliated Party:** DECAPORALE, JOSEPH L. | |
| 29-JUL-2004 | LETTER COURT APPOINTS ATTORNEY | |
| 19-AUG-2004 | COMPLETED | |
| 19-AUG-2004 | DEFENDANT HELD WITHOUT BAIL | |
| 19-AUG-2004 | REMANDED TO THE ACI | |
| 25-AUG-2004 | PENDING FURTHER INVESTIGATION | |
| 23-SEP-2004 | DOCUMENT(S) FILED | |
| 23-SEP-2004 | REMANDED TO THE ACI | |
| 01-OCT-2004 | PASSED | |
| 25-OCT-2004 | PAYMENT PLAN SET | #31848 @ $50.00/month |
| 12-NOV-2004 | COMPLETED | DEFENDANT'S MOTION TO RECONSIDER BAIL IS GRANTED/COURT REMOVES CONDITION OF HOME CONFINEMENT |
| | WANT OF BAIL DEFT IS COMMITTED | |
| 12-NOV-2004 | SURETY BAIL SET | AT $50,000.00 SURETY OR 10% CASH |
| 12-NOV-2004 | WANT OF BAIL DEFT IS COMMITTED | |
| 12-NOV-2004 | TRANSCRIPT RETURNED | Three volumes filed in sixth floor vault, BIN #55 |
| 15-NOV-2004 | CASE TRANSFERRED PROV CTY | |
| 16-NOV-2004 | CASE REC'D FROM WASHINGTON CTY | |

A True Copy Attest
Office of Clerk ... Superior Court ... & Bristol

# Criminal Docket Sheet Report

P1-1997-3049A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 24-JAN-2005 | DEFENSE ATTY NO SHOW | |
| 31-JAN-2005 | DEFENSE ATTY UNAVAILABLE | |
| 28-FEB-2005 | DEFENSE ATTY UNAVAILABLE | |
| 03-MAR-2005 | PENDING FURTHER INVESTIGATION | |
| 31-MAR-2005 | PROSECUTOR ON TRIAL OTHER CT | |
| 04-MAY-2005 | CASE PASSED FOR TRIAL | |
| 03-NOV-2005 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** TORO, EDSON | |
| 04-NOV-2005 | RSP DEFT REQ DSCVY/INSPEC | supplemental |
| 04-NOV-2005 | ORDER ENTERED | STATE'S EXHIBITS AS OF JANUARY 2001 RETURNED TO A.G. STEVEN REGINE |
| 07-NOV-2005 | DEFN RETRACTS PLEA/NOT GUILTY | |
| 07-NOV-2005 | DEFENDANT RE-ARRAIGNED | |
| 07-NOV-2005 | PRE-SENTENCE REPORT WAIVED | |
| 07-NOV-2005 | ORDER ENTERED<br>**Affiliated Party:** RHODE ISLAND COURTS | Pre-Trial order |
| 07-NOV-2005 | CERTIFICATE OF JUDGE<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 07-NOV-2005 | JUDGMENT OF CONVICTION ENTERED<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 07-NOV-2005 | DISPOSED/SENTENCED AT TRL<br>**Affiliated Party:** TORO, EDSON | |
| 07-NOV-2005 | REMANDED TO THE ACI | |
| 18-NOV-2005 | MOTION<br>**Affiliated Party:** TORO, EDSON | for arrest of judgment |
| 12-DEC-2005 | PET WRIT OF HABEAS CORPUS | |
| 12-DEC-2005 | MOTION TO ASSIGN | |
| 12-DEC-2005 | MOTION TO REDUCE SENTENCE | |
| 31-JAN-2006 | DENIED | |
| 31-JAN-2006 | REMANDED TO THE ACI | |
| 20-MAR-2006 | MOTION T/REDUCE SENTENCE EVENT | |
| 21-MAR-2006 | MOTION T/REDUCE SENTENCE EVENT | |
| 07-APR-2006 | PENDING FURTHER INVESTIGATION | |
| 11-APR-2006 | LETTER FILED<br>**Affiliated Party:** TORO, EDSON | memorandum of law for reduction of sentence |
| 05-MAY-2006 | DENIED | |
| 08-DEC-2006 | MOTION<br>**Affiliated Party:** TORO, EDSON | |
| 13-DEC-2007 | LETTER FILED<br>**Affiliated Party:** TORO, EDSON | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island