# EXHIBIT C

# Criminal Docket Sheet Report



**Case ID:** P2-1993-3078A **Description:** EDSON TORO
**Filing Date:** 06-AUG-1993
**Original Case ID:** 40909398812
629312210

**Defendant Name:** EDSON TORO **Police Dept:** PROVIDENCE POLICE DEPARTMENT
**BCI#:** 09210594 **Date of Birth:** 15-SEP-1975 **Incarcerated:**

**Address:** ACI

PROVIDENCE RI

**COURT APPOINTED ATTORNEY:** JOSEPH L. DECAPORALE
**PROSECUTOR:** STEVEN JOHN DELUCA

## Charge Information

**Count:** 1 28401C1A **POSS SCH I - V CNTRL SUBSTANCE**
**Offense Date:** 29-JUL-1993

**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 3 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** CNSEC W/SENT SERVING

**Sentence:** DRUG EDUCATION FUND
**Term:** 0 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** Amount: $400.00

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** Amount: $80.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** Amount: $240.00

**Count:** 2 11050030 **SIMPLE ASSAULT/BATTERY**
**Offense Date:** 29-JUL-1993

**Charge Text:**
**Disposition:** NOLO PLEA TO AMENDED CHARGE

rue Copy Attest
...perior Court

# Criminal Docket Sheet Report

P2-1993-3078A

## Charge Information

**Sentence:** SUSPENDED
**Term:** 1 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:**

**Sentence:** PROBATION
**Term:** 1 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** CONCURR W/EACH COUNT

**Count:** 3 11320050 **INTIMIDATION OF WITNESS/VICTIM**
**Offense Date:** 29-JUL-1993
**Charge Text:**
**Disposition:** DISMISSED 48A

**Count:** 101 11050021 **FELONY ASSAULT**
**Offense Date:** 29-JUL-1993
**Charge Text:**
**Disposition:** INFORMATION SIGNED

**Count:** 102 28401C1A **POSS SCH I - V CNTRL SUBSTANCE**
**Offense Date:** 29-JUL-1993
**Charge Text:**
**Disposition:** INFORMATION SIGNED

**Count:** 103 12290040 **RESTRICTIONS UPON/DUTIES COURT**
**Offense Date:** 29-JUL-1993
**Charge Text:**
**Disposition:** INFORMATION SIGNED

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

06-AUG-1993 NO CONTACT ORDER

## Bail Information

| | | |
|---|---|---|
| 06-AUG-1993 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: IPPOLITO; Amount: $25000.00 |
| 08-OCT-1993 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: CARNEVALE; Amount: $25000.00; Percent Dep: 10 |



Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

## Events

| Date | Event | Judge |
|---|---|---|
| 06-AUG-1993 | **FELONY INITIAL APPEARANCE**<br>EVENT ACTION COMPLETED<br>DEFT REFERRED PUBLIC DEFENDER<br>NO CONTACT ORDER | IPPOLITO, MAGISTRATE |
| 20-AUG-1993 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION COMPLETED<br>EVENT REASON PUBLIC DEFENDER TO ENTER APPEARANCE | |
| 08-OCT-1993 | **ARRAIGNMENT**<br>EVENT ACTION COMPLETED<br>DEFT ARRGN & PLEADS NOT GUILTY<br>DEFT REFERRED PUBLIC DEFENDER<br>PRETRIAL NOTICE ISSUED | CARNEVALE, MAGISTRATE |
| 08-OCT-1993 | **PRE-ARRAIGNMENT DISP CONFERENC**<br>EVENT ACTION COMPLETED | CARNEVALE, MAGISTRATE |
| 16-DEC-1993 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION<br>EVENT REASON Mutual<br>REMANDED TO THE ACI | PEDERZANI, JUDGE |
| 03-JAN-1994 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | PFEIFFER, JUDGE |
| 10-JAN-1994 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | RODGERS, JUDGE |
| 19-JAN-1994 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL UNAVAILABLE<br>EVENT REASON Defense | CRESTO, JUDGE |
| 27-JAN-1994 | **MOTION TO REDUCE BAIL**<br>EVENT ACTION DENIED<br>EVENT REASON CASE PASSED FOR TRIAL | PFEIFFER, JUDGE |

True Copy Attest ... Court Office of ... County ... Rhode Island

# Criminal Docket Sheet Report

P2-1993-3078A

## Events

| Date | Event | Judge |
|---|---|---|
| 27-JAN-1994 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 08-MAR-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CONSIDERATION OF DISPOSITION | |
| 22-MAR-1994 | **DISPOSITION** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 12-APR-1994 | **DISPOSITION** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 11-MAY-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 01-JUN-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 28-JUL-1994 | **TRIAL** | CRESTO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CO DEFENDANT CONTINUED | |
| | EVENT REASON Mutual | |
| 12-OCT-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CONSIDERATION OF DISPOSITION | |
| 26-OCT-1994 | **DISPOSITION** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 02-NOV-1994 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON COURT TO APPOINT PRIVATE COUNSEL | |
| 09-NOV-1994 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| 16-NOV-1994 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 30-NOV-1994 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 07-DEC-1994 | **PRE-TRIAL CONFERENCE** | CRESTO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 14-DEC-1994 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 12-JAN-1995 | **MOTION** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 26-JAN-1995 | **MOTION TO SUPRESS** | GEMMA, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON MOTION PASSED TO TRIAL | |
| 31-JAN-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 02-FEB-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 23-FEB-1995 | **MOTION TO DISMISS** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 09-MAR-1995 | **MOTION TO DISMISS** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 30-MAR-1995 | **MOTION TO DISMISS** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 06-APR-1995 | **MOTION TO SEVER** | CLIFTON, JUDGE |
| | EVENT ACTION GRANTED | |
| | DOCKET NOTE COUNT ONE | |
| 06-APR-1995 | **MOTION TO DISMISS** | CLIFTON, JUDGE |
| | EVENT ACTION DENIED | |
| | DOCKET NOTE COUNTS 2 AND 3 | |
| 24-APR-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 27-APR-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON BY ORDER OF THE COURT | |

Office of ... Superior Court ... Providence & Bristol ... Providence, Rhode Island

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 18-MAY-1995 | **PRE-TRIAL CONFERENCE** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PROSECUTOR EXCUSED FROM COURT | |
| 25-MAY-1995 | **MOT TO DISMISS UNDER RULE 9.1** | CLIFTON, JUDGE |
| | EVENT ACTION DENIED | |
| | DOCKET NOTE COUNTS 2 AND 3 | |
| 25-MAY-1995 | **PRE-TRIAL CONFERENCE** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 08-JUN-1995 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 22-JUN-1995 | **MOTION TO WITHDRAW** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON COURT TO APPOINT PRIVATE COUNSEL | |
| 22-JUN-1995 | **TRIAL** | RODGERS, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| | EVENT REASON Defense | |
| 29-JUN-1995 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| 24-JUL-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL NO SHOW | |
| 07-AUG-1995 | **PRE-TRIAL CONFERENCE** | CRESTO, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 26-OCT-1995 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| | EVENT REASON Defense | |
| 06-DEC-1995 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 25-JAN-1996 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| | EVENT REASON Defense | |

True Copy Attest

# Criminal Docket Sheet Report

P2-1993-3078A

## Events

| Date | Event | Judge |
|---|---|---|
| 13-FEB-1996 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 01-MAY-1996 | **DISPOSITION** | SHEEHAN, JUDGE |
| | EVENT ACTION DISP/SENT | |
| | CASE DISPOSED | |
| | DEFENDANT APPEARS | |
| | BY CONSENT,CHARGE IS AMENDED | |
| | PRE-SENTENCE REPORT WAIVED | |
| 11-SEP-2003 | **MOTION TO VACATE PLEA** | PROCACCINI, JUDGE |
| | ZZZ PASSED | |
| 26-SEP-2003 | **MOTION TO VACATE PLEA** | DARIGAN, JUDGE |
| | MOTION DENIED | |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|
| 12-FEB-2004 | | SUPREME COURT | |

**Reason:** TRANSFER TO SUPREME COURT

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 06-AUG-1993 | NO CONTACT ORDER | |
| 06-AUG-1993 | DEFT REFERRED PUBLIC DEFENDER | |
| 06-AUG-1993 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: IPPOLITO; Amount: $25000.00 |
| 06-AUG-1993 | EVENT ACTION | COMPLETED |
| 06-AUG-1993 | CASE INITIATION | |
| 20-AUG-1993 | ENTRY OF APPEARANCE | Party Filing: DEFENSE |
| 20-AUG-1993 | EVENT ACTION | COMPLETED |
| 20-AUG-1993 | EVENT REASON | PUBLIC DEFENDER TO ENTER APPEARANCE |
| 25-AUG-1993 | DISPOSITION PROSECUTOR | Prostr: GLADSTONE |
| 28-SEP-1993 | INFORMATION FILED | Party Filing: STATE |
| 08-OCT-1993 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 08-OCT-1993 | PRETRIAL NOTICE ISSUED | |
| 08-OCT-1993 | DEFT REFERRED PUBLIC DEFENDER | |
| 08-OCT-1993 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: CARNEVALE; Amount: $25000.00; Percent Dep: 10 |
| 08-OCT-1993 | EVENT ACTION | COMPLETED |
| 08-OCT-1993 | EVENT ACTION | COMPLETED |



Office of ... Providence

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 03-NOV-1993 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: ANTHONY CAPRARO |
| 04-NOV-1993 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: PAUL L TONDREAU |
| 04-NOV-1993 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 05-NOV-1993 | REQUEST DISCOVERY AND ALIBI | Party Filing: STATE |
| 05-NOV-1993 | RSP DEFT REQ DSCVY/INSPEC | Party Filing: STATE |
| 16-DEC-1993 | REMANDED TO THE ACI | |
| 16-DEC-1993 | EVENT ACTION | POSTPONED |
| 16-DEC-1993 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 16-DEC-1993 | EVENT REASON | Mutual |
| 03-JAN-1994 | EVENT ACTION | POSTPONED |
| 03-JAN-1994 | EVENT REASON | DEFENSE COUNSEL ON TRIAL OTH COURT |
| 10-JAN-1994 | EVENT ACTION | POSTPONED |
| 10-JAN-1994 | EVENT REASON | DEFENSE COUNSEL ON TRIAL OTH COURT |
| 19-JAN-1994 | EVENT ACTION | POSTPONED |
| 19-JAN-1994 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 19-JAN-1994 | EVENT REASON | Defense |
| 27-JAN-1994 | EVENT ACTION | DENIED |
| 27-JAN-1994 | EVENT ACTION | COMPLETED |
| 27-JAN-1994 | EVENT REASON | CASE PASSED FOR TRIAL |
| 27-JAN-1994 | EVENT REASON | CASE PASSED FOR TRIAL |
| 08-MAR-1994 | EVENT ACTION | POSTPONED |
| 08-MAR-1994 | EVENT REASON | CONSIDERATION OF DISPOSITION |
| 22-MAR-1994 | EVENT ACTION | POSTPONED |
| 22-MAR-1994 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 12-APR-1994 | EVENT ACTION | COMPLETED |
| 12-APR-1994 | EVENT REASON | CASE PASSED FOR TRIAL |
| 10-MAY-1994 | MOTION FOR CONTINUANCE | Party Filing: STATE |
| 11-MAY-1994 | EVENT ACTION | POSTPONED |
| 11-MAY-1994 | EVENT REASON | DEFENSE NOT READY |
| 01-JUN-1994 | EVENT ACTION | POSTPONED |
| 01-JUN-1994 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 28-JUL-1994 | EVENT ACTION | POSTPONED |
| 28-JUL-1994 | EVENT REASON | CO DEFENDANT CONTINUED |
| 28-JUL-1994 | EVENT REASON | Mutual |
| 12-OCT-1994 | EVENT ACTION | POSTPONED |
| 12-OCT-1994 | EVENT REASON | CONSIDERATION OF DISPOSITION |
| 26-OCT-1994 | EVENT ACTION | POSTPONED |
| 26-OCT-1994 | EVENT REASON | REPRESENTATION PROBLEM |
| 02-NOV-1994 | PRETRIAL CONFERENCE NOTICE | Party Filing: COURT |
| 02-NOV-1994 | EVENT ACTION | POSTPONED |
| 02-NOV-1994 | EVENT REASON | COURT TO APPOINT PRIVATE COUNSEL |

Court
Providence & Bristol
Island

# Criminal Docket Sheet Report

P2-1993-3078A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 09-NOV-1994 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: FRANCIS MACKEY |
| 09-NOV-1994 | MOTION FOR DISCLOSURE | Party Filing: DEFENSE ; Note: OF EXCULPATORY EVIDENCE |
| 09-NOV-1994 | MOTION FOR DISCLOSURE | Party Filing: DEFENSE ; Note: PF PROMISES INDUCEMENTS & REWARDS |
| 09-NOV-1994 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 09-NOV-1994 | EVENT ACTION | COMPLETED |
| 16-NOV-1994 | EVENT ACTION | POSTPONED |
| 16-NOV-1994 | EVENT REASON | DEFENSE NOT READY |
| 30-NOV-1994 | EVENT ACTION | POSTPONED |
| 30-NOV-1994 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 07-DEC-1994 | EVENT ACTION | POSTPONED |
| 07-DEC-1994 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 14-DEC-1994 | MOTION | Party Filing: DEFENSE ; Note: FOR RELIEF FROM PREJUDICIAL JOINER |
| 14-DEC-1994 | MOTION | Party Filing: DEFENSE ; Note: FOR RELIEF FROM PREJUDICIAL JOINDER |
| 14-DEC-1994 | EVENT ACTION | POSTPONED |
| 14-DEC-1994 | EVENT REASON | DEFENSE NOT READY |
| 22-DEC-1994 | OBJECTION FILED | Party Filing: STATE ; Note: TO DEFT MOT TO SEVER |
| 12-JAN-1995 | EVENT ACTION | POSTPONED |
| 12-JAN-1995 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 13-JAN-1995 | MOTION TO SUPPRESS EVIDENCE | Party Filing: DEFENSE |
| 13-JAN-1995 | MOTION FOR TRANSCRIPT | Party Filing: DEFENSE ; Note: EX PARTE |
| 20-JAN-1995 | MOTION TO DISMISS | Party Filing: DEFENSE |
| 26-JAN-1995 | EVENT ACTION | PASSED |
| 26-JAN-1995 | EVENT REASON | MOTION PASSED TO TRIAL |
| 31-JAN-1995 | EVENT ACTION | POSTPONED |
| 31-JAN-1995 | EVENT REASON | DEFENSE NOT READY |
| 02-FEB-1995 | EVENT ACTION | POSTPONED |
| 02-FEB-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 23-FEB-1995 | EVENT ACTION | POSTPONED |
| 23-FEB-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 09-MAR-1995 | EVENT ACTION | POSTPONED |
| 09-MAR-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 30-MAR-1995 | EVENT ACTION | POSTPONED |
| 30-MAR-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 06-APR-1995 | DOCKET NOTE | COUNT ONE |
| 06-APR-1995 | DOCKET NOTE | COUNTS 2 AND 3 |
| 06-APR-1995 | EVENT ACTION | GRANTED |
| 06-APR-1995 | EVENT ACTION | DENIED |
| 17-APR-1995 | MOTION | Party Filing: DEFENSE ; Note: FOR RELIEF OF COUNSEL |
| 20-APR-1995 | ORDER ENTERED | Party Filing: COURT ; Note: (2) |

# Criminal Docket Sheet Report

P2-1993-3078A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 24-APR-1995 | EVENT ACTION | POSTPONED |
| 24-APR-1995 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 27-APR-1995 | EVENT ACTION | POSTPONED |
| 27-APR-1995 | EVENT REASON | BY ORDER OF THE COURT |
| 18-MAY-1995 | EVENT ACTION | POSTPONED |
| 18-MAY-1995 | EVENT REASON | PROSECUTOR EXCUSED FROM COURT |
| 25-MAY-1995 | DOCKET NOTE | COUNTS 2 AND 3 |
| 25-MAY-1995 | EVENT ACTION | DENIED |
| 25-MAY-1995 | EVENT ACTION | POSTPONED |
| 25-MAY-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 08-JUN-1995 | EVENT ACTION | POSTPONED |
| 08-JUN-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 22-JUN-1995 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT |
| 22-JUN-1995 | EVENT ACTION | GRANTED |
| 22-JUN-1995 | EVENT ACTION | POSTPONED |
| 22-JUN-1995 | EVENT REASON | COURT TO APPOINT PRIVATE COUNSEL |
| 22-JUN-1995 | EVENT REASON | REPRESENTATION PROBLEM |
| 22-JUN-1995 | EVENT REASON | Defense |
| 29-JUN-1995 | EVENT ACTION | COMPLETED |
| 24-JUL-1995 | EVENT ACTION | POSTPONED |
| 24-JUL-1995 | EVENT REASON | DEFENSE COUNSEL NO SHOW |
| 07-AUG-1995 | EVENT ACTION | COMPLETED |
| 07-AUG-1995 | EVENT REASON | CASE PASSED FOR TRIAL |
| 26-OCT-1995 | EVENT ACTION | POSTPONED |
| 26-OCT-1995 | EVENT REASON | DEFENSE NOT READY |
| 26-OCT-1995 | EVENT REASON | Defense |
| 06-DEC-1995 | EVENT ACTION | POSTPONED |
| 06-DEC-1995 | EVENT REASON | DEFENSE NOT READY |
| 25-JAN-1996 | EVENT ACTION | POSTPONED |
| 25-JAN-1996 | EVENT REASON | DEFENSE NOT READY |
| 25-JAN-1996 | EVENT REASON | Defense |
| 13-FEB-1996 | EVENT ACTION | POSTPONED |
| 13-FEB-1996 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 01-MAY-1996 | BY CONSENT,CHARGE IS AMENDED | |
| 01-MAY-1996 | CERTIFICATE OF JUDGE | Party Filing: COURT |
| 01-MAY-1996 | DEFENDANT APPEARS | |
| 01-MAY-1996 | 48A DISMISSAL FILED | Party Filing: STATE |
| 01-MAY-1996 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 01-MAY-1996 | PRE-SENTENCE REPORT WAIVED | |
| 01-MAY-1996 | CASE ASSOCIATION NOTE | Association: CONSECUTIVE SENTENCE ALSO CONCURRENT TO P2930305A |
| 01-MAY-1996 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: LUTES, SCOTT A. |
| 01-MAY-1996 | DISPOSITION PROSECUTOR | Prostr: LIVINGSTON |

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report

P2-1993-3078A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 01-MAY-1996 | CASE DISPOSED | |
| 01-MAY-1996 | EVENT ACTION | DISP/SENT |
| 08-FEB-2001 | FILE REC'D FROM RECORD CENTER | |
| 17-APR-2001 | FILE TRANSFERRED RECORD CENTER | |
| 18-MAR-2002 | MOTION TO WITHDRAW<br>**Affiliated Party:** TORO, EDSON | |
| 15-JUL-2002 | MEMORANDUM FILED<br>**Affiliated Party:** TORO, EDSON | |
| 29-JUL-2002 | FILE REC'D FROM RECORD CENTER | |
| 09-SEP-2002 | FILE TRANSFERRED RECORD CENTER | |
| 20-FEB-2003 | FILE REC'D FROM RECORD CENTER | |
| 10-JUL-2003 | OBJECTION FILED<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 19-JUL-2003 | MOTION TO ASSIGN<br>**Affiliated Party:** TORO, EDSON | |
| 19-JUL-2003 | MOTION TO VACATE SENTENCE<br>**Affiliated Party:** TORO, EDSON | |
| 19-JUL-2003 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** TORO, EDSON | |
| 05-SEP-2003 | LETTER COURT APPOINTS ATTORNEY<br>**Affiliated Party:** DECAPORALE, JOSEPH L. | |
| 11-SEP-2003 | ZZZ PASSED | |
| 26-SEP-2003 | MOTION DENIED | |
| 26-SEP-2003 | REMANDED TO THE ACI | |
| 10-OCT-2003 | NOTICE OF APPEAL SUPREME COURT<br>**Affiliated Party:** TORO, EDSON | |
| 28-OCT-2003 | MOTION FOR TRANSCRIPT<br>**Affiliated Party:** TORO, EDSON | |
| 28-OCT-2003 | OEN,TRANSCRIPT AT ST'S EXPENSE<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 06-NOV-2003 | FILE TRANSFERRED RECORD CENTER | |
| 25-NOV-2003 | FILE REC'D FROM RECORD CENTER | |
| 05-FEB-2004 | APPEAL SUPREME COURT EVENT | |
| 05-FEB-2004 | CASE TRANSMITTED TO SUPREME CT | 1 file |
| 21-OCT-2004 | CASE REC'D FROM SUPREME COURT | |
| 25-OCT-2004 | PAYMENT PLAN SET | #31848 @ $50.00/month |
| 15-JUN-2005 | FILE TRANSFERRED RECORD CENTER | |
| 23-JAN-2008 | FILE REC'D FROM RECORD CENTER | |
| 25-JAN-2008 | OTHER DOCUMENT | CASE SENT TO JUDGE CLIFTON FOR DEF'S PCR |