EXHIBIT D

# Criminal Docket Sheet Report



**Case ID:** P2-1993-0837A **Description:** EDSON TORO
**Filing Date:** 11-FEB-1993
**Original Case ID:** 40992102008

**Defendant Name:** EDSON TORO **Police Dept:** PROVIDENCE POLICE DEPARTMENT
**BCI#:** 09210594 **Date of Birth:** 15-SEP-1975 **Incarcerated:**

**Address:** ACI

PROVIDENCE RI

**COURT APPOINTED ATTORNEY:** JOSEPH L. DECAPORALE
**PROSECUTOR:** STEPHEN A REGINE

## Charge Information

**Count:** 1 11050010 **ASSLT W/INT COMM SPECIF FELONY**
**Offense Date:** 05-AUG-1992
**Charge Text:**
**Disposition:** DISMISSED 48A

**Count:** 2 11470080 **CARRY PISTOL W/O LICENSE**
**Offense Date:** 05-AUG-1992
**Charge Text:**
**Disposition:** NOT GUILTY BY JUDGMENT ACQ.

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

30-MAR-1993 NO CONTACT ORDER

## Bail Information

| | | |
|---|---|---|
| 30-MAR-1993 | BAIL POSTING INFORMATION | Bail Amount Posted: $1,200.00; Person Posting Bail: SIXTH DIVISION; City: PROVIDENCE; State: RI |
| 30-MAR-1993 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: CARNEVALE; Amount: $12000.00; Percent Dep: 10 |
| 10-AUG-1993 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: PEDERZANI; Date Modified: 13-SEP-94 |
| 29-MAR-1996 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: WILLIAMS; Date Modified: 01-MAY-96 |
| 09-JUL-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: GEMMA; Date Modified: 24-SEP-97 |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

Superior Court Counties of Providence & Bristol Providence, Rhode Island

# Criminal Docket Sheet Report

P2-1993-0837A

## Events

| Date | Event | Judge |
|---|---|---|
| 23-MAR-1993 | **PRE-ARRAIGNMENT DISP CONFERENC** | CARNEVALE, MAGISTRATE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR ARRAIGNMENT | |
| 30-MAR-1993 | **ARRAIGNMENT** | CARNEVALE, MAGISTRATE |
| | EVENT ACTION COMPLETED | |
| | DEFT ARRGN & PLEADS NOT GUILTY | |
| | NO CONTACT ORDER | |
| | BAIL UNIT SUPERVISION | |
| 06-MAY-1993 | **PRE-TRIAL CONFERENCE** | DARIGAN, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 04-JUN-1993 | **PRE-TRIAL CONFERENCE** | SHEEHAN, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 22-JUL-1993 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON STATE NOT READY | |
| | EVENT REASON State | |
| 28-JUL-1993 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | |
| | EVENT REASON Defense | |
| 10-AUG-1993 | **PRESENT AS A VIOLATOR** | PEDERZANI, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON REFERRED TO PUBLIC DEFENDER | |
| 12-AUG-1993 | **DISPOSITION** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 17-AUG-1993 | **DETERMINATION OF ATTORNEY** | CALDARONE, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON PUBLIC DEFENDER TO ENTER APPEARANCE | |
| | REMANDED TO THE ACI | |
| 25-AUG-1993 | **DISPOSITION** | CALDARONE, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 25-AUG-1993 | **VIOLATION OF BAIL** | CALDARONE, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report

P2-1993-0837A

## Events

| Date | Event | Judge |
|---|---|---|
| 09-SEP-1993 | **PRE-TRIAL CONFERENCE** | ISRAEL, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 13-SEP-1993 | **VIOLATION OF BAIL** | ISRAEL, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON DECLARED TO BE A VIOLATOR | |
| | HEARING PROCEEDS & CONCLUDES | |
| | CONTINUES TO BE HELD W/O BAIL | |
| | DOCKET NOTE HEARING 9/9, 9/10, 9/13 | |
| 12-NOV-1993 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| | EVENT REASON Defense | |
| 27-JAN-1994 | **MOTION TO REDUCE BAIL** | PFEIFFER, JUDGE |
| | EVENT ACTION DENIED | |
| 08-MAR-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CONSIDERATION OF DISPOSITION | |
| 22-MAR-1994 | **DISPOSITION** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 12-APR-1994 | **DISPOSITION** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 05-MAY-1994 | **MOTION TO COMPEL** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| 11-MAY-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 11-JUL-1994 | **START OF TRIAL** | SHEEHAN, JUDGE |
| | EVENT ACTION COMPLETED | |
| | CASE OPENS TO JURY/TRIAL PROCD | |
| 13-JUL-1994 | **MOT FOR JUDGMENT OF AQUITTAL** | SHEEHAN, JUDGE |
| | EVENT ACTION GRANTED | |
| | DOCKET NOTE COUNT 2 | |
| 14-JUL-1994 | **END OF TRIAL** | SHEEHAN, JUDGE |
| | EVENT ACTION DISPOSED | |
| | CASE DISPOSED | |
| | EVENT REASON JURY RETURNS VERDICT | |
| | TRIAL PROCEEDS AND CONCLUDES | |
| | EXHIBITS FILED W/CLERKS OFFICE | |

rue Copy Attest
Office of Cl[illegible] Superior Court
Counties of [illegible] & Bristol
Providence [illegible]

# Criminal Docket Sheet Report

P2-1993-0837A

## Events

| Date | Event | Judge |
|---|---|---|
| 13-SEP-1994 | **PRE-SENTENCE RPT & SENTENCING** | SHEEHAN, JUDGE |
| | EVENT ACTION SENTENCED | |
| | CASE DISPOSED | |
| | DOCKET NOTE PRE-SENTENCE REPORT RECEIVED & RETURNED | |
| 21-FEB-1995 | **MOTIONS** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | |
| 07-MAR-1995 | **MOTIONS** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 15-MAR-1995 | **MOTION FOR TRANSCRIPT** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| 22-MAR-1995 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON COURT TO APPOINT PRIVATE COUNSEL | |
| 29-MAR-1995 | **DETERMINATION OF ATTORNEY** | CLIFTON, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON DEFENSE ATTNY TO ENTER APPEARANCE | |
| 24-OCT-1995 | **APPEALED TO SUPREME COURT** | |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON APPEAL PERFECTED | |
| | CASE TRANSMITTED TO SUPREME CT | |
| 29-MAR-1996 | **PRESENT AS A VIOLATOR** | WILLIAMS, JUDGE |
| | EVENT ACTION COMPLETED | |
| 08-APR-1996 | **VIOLATION HEARING** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | |
| 15-APR-1996 | **VIOLATION HEARING** | GOLDBERG, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON OTHER EVENT SCHEDULED THAT DATE | |
| 29-APR-1996 | **VIOLATION HEARING** | SHEEHAN, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| 01-MAY-1996 | **VIOLATION HEARING** | SHEEHAN, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON VIOLATION REPORT WITHDRAWN | |
| 21-AUG-1996 | **MOTIONS** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |

# Criminal Docket Sheet Report

P2-1993-0837A

## Events

| Date | Event | Judge |
|---|---|---|
| 28-AUG-1996 | **MOTIONS**<br>EVENT ACTION PASSED<br>EVENT REASON BY ORDER OF THE COURT<br>DOCKET NOTE NOT PRESSING | GEMMA, JUDGE |
| 19-NOV-1996 | **RETURNED FROM SUPREME COURT**<br>EVENT ACTION COMPLETED<br>EVENT REASON JUDGMENT APPEALED FROM IS AFFIRMED<br>CASE REC'D FROM SUPREME COURT<br>EXHIBITS FILED W/CLERKS OFFICE<br>DOCKET NOTE DENIED & DISMISSED. 3 TRANSCRIPTS FILED IN BIN #46 | |
| 29-NOV-1996 | **ADVISEMENT SUPREME CT DECISION**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENDANT NOT ON HABEAS | GEMMA, JUDGE |
| 06-DEC-1996 | **ADVISEMENT SUPREME CT DECISION**<br>EVENT ACTION COMPLETED<br>DEFT ADVISED SUPREME CT DEC | GEMMA, JUDGE |
| 19-FEB-1997 | **MOTION TO REDUCE SENTENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | SHEEHAN, JUDGE |
| 25-MAR-1997 | **MOTION**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENDANT NOT ON HABEAS<br>DOCKET NOTE TO INCREASE SENTENCE | SHEEHAN, JUDGE |
| 25-MAR-1997 | **MOTION TO REDUCE SENTENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENDANT NOT ON HABEAS | SHEEHAN, JUDGE |
| 02-APR-1997 | **MOTION TO REDUCE SENTENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | SHEEHAN, JUDGE |
| 09-APR-1997 | **MOTION TO REDUCE SENTENCE**<br>EVENT ACTION DENIED | SHEEHAN, JUDGE |
| 09-APR-1997 | **STATE'S MOTION**<br>EVENT ACTION DENIED | SHEEHAN, JUDGE |
| 01-MAY-1997 | **MOTION TO APPOINT ATTORNEY**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENDANT NOT ON HABEAS | DIMITRI, JUDGE |

True Copy Attest
Office of ... Court
... Bristol
Providence

# Criminal Docket Sheet Report

P2-1993-0837A

## Events

| Date | Event | Judge |
|---|---|---|
| 01-MAY-1997 | **MOT PROCEED IN FORMA PAUPERIS** | DIMITRI, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENDANT NOT ON HABEAS | |
| 15-MAY-1997 | **MOTION TO APPOINT ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DOCKET NOTE SUPREME COURT WILL APPOINT AN ATTORNEY PER ORDER | |
| 15-MAY-1997 | **MOT PROCEED IN FORMA PAUPERIS** | GEMMA, JUDGE |
| | EVENT ACTION PASSED | |
| 09-JUL-1997 | **PRESENT AS A VIOLATOR** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON REFERRED TO PUBLIC DEFENDER | |
| 16-JUL-1997 | **VIOLATION HEARING** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CONTINUED FOR FURTHER HEARING | |
| 23-JUL-1997 | **MOTION** | GEMMA, JUDGE |
| | EVENT ACTION DENIED | |
| | DOCKET NOTE MOTION FOR NAMES & WITNESS STATEMENTS | |
| 21-AUG-1997 | **VIOLATION HEARING** | DIMITRI, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 03-SEP-1997 | **MOT ISSUE SUBPOENA DUCES TECUM** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON MOTION WITHDRAWN | |
| 04-SEP-1997 | **VIOLATION HEARING** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 08-SEP-1997 | **VIOLATION HEARING** | FORTUNATO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CASE NOT REACHED | |
| 12-SEP-1997 | **VIOLATION HEARING** | FORTUNATO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CONTINUED FOR FURTHER HEARING | |

Office of ... Counties of Providence ... Providence, Rhode Island

# Criminal Docket Sheet Report

P2-1993-0837A

## Events

| Date | Event | Judge |
|---|---|---|
| 24-SEP-1997 | **VIOLATION HEARING**<br>EVENT ACTION COMPLETED<br>EVENT REASON DECLARED TO BE A VIOLATOR<br>DEFENDANT APPEARS<br>HEARING PROCEEDS & CONCLUDES<br>DOCKET NOTE HEARING BEGAN ON 9/12/97 | FORTUNATO, JUDGE |
| 23-JUN-1999 | **RECEIVED FROM RECORDS CENTER**<br>EVENT ACTION COMPLETED | |
| 09-NOV-1999 | **OTHER**<br>EVENT ACTION COMPLETED<br>DOCKET NOTE RETURNED 3 TRANSCRIPTS BACK TO BIN #46 | |
| 03-DEC-2002 | **MOTION FOR TRANSCRIPT**<br>PENDING FURTHER INVESTIGATION | RODGERS, JUDGE |
| 17-DEC-2002 | **MOTION**<br>PENDING FURTHER INVESTIGATION | RODGERS, JUDGE |
| 09-JAN-2003 | **MOTIONS**<br>JUDGE NOT AVAILABLE | RODGERS, JUDGE |
| 23-JAN-2003 | **MOTION**<br>PROSECUTOR UNAVAILABLE | RODGERS, JUDGE |
| 11-FEB-2003 | **MOTION**<br>CASE PASSED FOR TRIAL | RODGERS, JUDGE |
| 24-FEB-2003 | **MOT TO VACATE NO CONTACT ORDER**<br>GRANTED | PROCACCINI, JUDGE |
| 17-MAR-2003 | **DETERMINATION OF ATTORNEY**<br>COURT TO APPNT PRIVATE COUNSEL | PROCACCINI, JUDGE |
| 24-MAR-2003 | **DETERMINATION OF ATTORNEY**<br>COMPLETED | PROCACCINI, JUDGE |
| 07-APR-2003 | **PRE-TRIAL CONFERENCE**<br>PROSECUTOR UNAVAILABLE | INDEGLIA, JUDGE |
| 14-APR-2003 | **PRE-TRIAL CONFERENCE**<br>PENDING FURTHER INVESTIGATION | INDEGLIA, JUDGE |
| 21-APR-2003 | **PRE-TRIAL CONFERENCE**<br>MOTION TO VACATE PLEA EVENT | INDEGLIA, JUDGE |
| 26-SEP-2003 | **MOTION TO EXPUNGE**<br>MOTION DENIED | DARIGAN, JUDGE |
| 23-FEB-2005 | **ADVISEMENT SUPREME CT DECISION**<br>COMPLETED | GALE, JUDGE |

True Copy Attest

Superior Court
... & Bristol

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

# Criminal Docket Sheet Report



## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 01-OCT-1977 | LETTER FILED | Party Filing: STATE |
| 11-FEB-1993 | LTR,TRANSCRIPT SENT SUPREME CT | ; Note: PARTIAL |
| 11-FEB-1993 | TRIAL LENGTH | Trial Begin Date: 11-JUL-94; Trial End Date: 14-JUL-94 |
| 11-FEB-1993 | CASE INITIATION | |
| 09-MAR-1993 | INFORMATION FILED | Party Filing: STATE |
| 23-MAR-1993 | BAIL UNIT FOLLOW PROCEDURES | Party Filing: STATE |
| 23-MAR-1993 | EVENT ACTION | COMPLETED |
| 23-MAR-1993 | EVENT REASON | CASE PASSED FOR ARRAIGNMENT |
| 30-MAR-1993 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 30-MAR-1993 | BAIL UNIT SUPERVISION | |
| 30-MAR-1993 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: JOHN HARDIMAN |
| 30-MAR-1993 | JUSTICE ASST FINDING REPORT | Party Filing: COURT |
| 30-MAR-1993 | NO CONTACT ORDER | |
| 30-MAR-1993 | ORD ENT TRANSFERRING CASH BAIL | Party Filing: COURT |
| 30-MAR-1993 | RECOGNIZANCE FILED | Party Filing: DEFENSE |
| 30-MAR-1993 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: CARNEVALE; Amount: $12000.00; Percent Dep: 10 |
| 30-MAR-1993 | EVENT ACTION | COMPLETED |
| 30-MAR-1993 | BAIL POSTING INFORMATION | Bail Amount Posted: $1,200.00; Person Posting Bail: SIXTH DIVISION; City: PROVIDENCE; State: RI |
| 07-APR-1993 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: PAUL L TONDREAU |
| 07-APR-1993 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 06-MAY-1993 | EVENT ACTION | POSTPONED |
| 06-MAY-1993 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 04-JUN-1993 | EVENT ACTION | COMPLETED |
| 04-JUN-1993 | EVENT REASON | CASE PASSED FOR TRIAL |
| 14-JUL-1993 | REQUEST DISCOVERY AND ALIBI | Party Filing: STATE |
| 14-JUL-1993 | RSP DEFT REQ DSCVY/INSPEC | Party Filing: STATE |
| 22-JUL-1993 | EVENT ACTION | POSTPONED |
| 22-JUL-1993 | EVENT REASON | STATE NOT READY |
| 22-JUL-1993 | EVENT REASON | State |
| 23-JUL-1993 | BAIL UNIT FOLLOW PROCEDURES | Party Filing: STATE |
| 28-JUL-1993 | EVENT ACTION | POSTPONED |
| 28-JUL-1993 | EVENT REASON | DEFENSE COUNSEL ON TRIAL OTH COURT |
| 28-JUL-1993 | EVENT REASON | Defense |
| 10-AUG-1993 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: PEDERZANI; Date Modified: 13-SEP-94 |
| 10-AUG-1993 | EVENT ACTION | COMPLETED |

True Copy Attest

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 10-AUG-1993 | EVENT REASON | REFERRED TO PUBLIC DEFENDER |
| 11-AUG-1993 | VIOLATION REPORT | Party Filing: STATE ; Note: OF SUSPENDED SENT |
| 12-AUG-1993 | EVENT ACTION | POSTPONED |
| 12-AUG-1993 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 17-AUG-1993 | REMANDED TO THE ACI | |
| 17-AUG-1993 | EVENT ACTION | COMPLETED |
| 17-AUG-1993 | EVENT REASON | PUBLIC DEFENDER TO ENTER APPEARANCE |
| 24-AUG-1993 | BAIL UNIT FOLLOW PROCEDURES | Party Filing: COURT |
| 25-AUG-1993 | EVENT ACTION | POSTPONED |
| 25-AUG-1993 | EVENT ACTION | POSTPONED |
| 25-AUG-1993 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 25-AUG-1993 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 09-SEP-1993 | EVENT ACTION | COMPLETED |
| 09-SEP-1993 | EVENT REASON | CASE PASSED FOR TRIAL |
| 13-SEP-1993 | CONTINUES TO BE HELD W/O BAIL | |
| 13-SEP-1993 | HEARING PROCEEDS & CONCLUDES | |
| 13-SEP-1993 | DOCKET NOTE | HEARING 9/9, 9/10, 9/13 |
| 13-SEP-1993 | EVENT ACTION | COMPLETED |
| 13-SEP-1993 | EVENT REASON | DECLARED TO BE A VIOLATOR |
| 12-NOV-1993 | EVENT ACTION | POSTPONED |
| 12-NOV-1993 | EVENT REASON | DEFENSE NOT READY |
| 12-NOV-1993 | EVENT REASON | Defense |
| 14-JAN-1994 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 27-JAN-1994 | EVENT ACTION | DENIED |
| 08-MAR-1994 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: SCOTT A LUTES |
| 08-MAR-1994 | EVENT ACTION | POSTPONED |
| 08-MAR-1994 | EVENT REASON | CONSIDERATION OF DISPOSITION |
| 22-MAR-1994 | EVENT ACTION | POSTPONED |
| 22-MAR-1994 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 12-APR-1994 | EVENT ACTION | COMPLETED |
| 12-APR-1994 | EVENT REASON | CASE PASSED FOR TRIAL |
| 14-APR-1994 | MOTION TO COMPEL | Party Filing: STATE |
| 05-MAY-1994 | EVENT ACTION | GRANTED |
| 11-MAY-1994 | EVENT ACTION | POSTPONED |
| 11-MAY-1994 | EVENT REASON | DEFENSE NOT READY |
| 11-JUL-1994 | MOTION IN LIMINE | Party Filing: STATE |
| 11-JUL-1994 | CASE OPENS TO JURY/TRIAL PROCD | |
| 11-JUL-1994 | EVENT ACTION | COMPLETED |
| 13-JUL-1994 | JUDGMENT OF ACQUITTAL ENTERED | Party Filing: COURT |
| 13-JUL-1994 | DOCKET NOTE | COUNT 2 |
| 13-JUL-1994 | EVENT ACTION | GRANTED |
| 14-JUL-1994 | EXHIBITS FILED W/CLERKS OFFICE | |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 14-JUL-1994 | TRIAL PROCEEDS AND CONCLUDES | |
| 14-JUL-1994 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: LUTES, SCOTT A. |
| 14-JUL-1994 | DISPOSITION PROSECUTOR | Prostr: LIVINGSTON |
| 14-JUL-1994 | CASE DISPOSED | |
| 14-JUL-1994 | EVENT ACTION | DISPOSED |
| 14-JUL-1994 | EVENT REASON | JURY RETURNS VERDICT |
| 13-SEP-1994 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 13-SEP-1994 | LETTER FILED | Party Filing: DEFENSE ; Note: FROM ATTORNEY S LUTES |
| 13-SEP-1994 | CASE DISPOSED | |
| 13-SEP-1994 | DOCKET NOTE | PRE-SENTENCE REPORT RECEIVED & RETURNED |
| 13-SEP-1994 | EVENT ACTION | SENTENCED |
| 21-SEP-1994 | NOTICE OF APPEAL SUPREME COURT | Party Filing: DEFENSE |
| 07-FEB-1995 | MOTION TO APPOINT ATTORNEY | Party Filing: DEFENSE |
| 07-FEB-1995 | MOTION FOR TRANSCRIPT | Party Filing: DEFENSE |
| 21-FEB-1995 | EVENT ACTION | POSTPONED |
| 21-FEB-1995 | EVENT REASON | DEFENSE COUNSEL ON TRIAL OTH COURT |
| 07-MAR-1995 | EVENT ACTION | POSTPONED |
| 07-MAR-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 15-MAR-1995 | EVENT ACTION | GRANTED |
| 17-MAR-1995 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: FRANCIS MACKEY |
| 22-MAR-1995 | EVENT ACTION | POSTPONED |
| 22-MAR-1995 | EVENT REASON | COURT TO APPOINT PRIVATE COUNSEL |
| 29-MAR-1995 | EVENT ACTION | COMPLETED |
| 29-MAR-1995 | EVENT REASON | DEFENSE ATTNY TO ENTER APPEARANCE |
| 14-JUL-1995 | ORDER ENTERED | Party Filing: COURT |
| 25-JUL-1995 | ORDER FOR TRANSCRIPT | Party Filing: DEFENSE |
| 24-OCT-1995 | CASE TRANSMITTED TO SUPREME CT | |
| 24-OCT-1995 | EVENT ACTION | COMPLETED |
| 24-OCT-1995 | EVENT REASON | APPEAL PERFECTED |
| 29-MAR-1996 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: S LUTES |
| 29-MAR-1996 | VIOLATION REPORT | Party Filing: STATE ; Note: OF SUSPENDED SENT |
| 29-MAR-1996 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: WILLIAMS; Date Modified: 01-MAY-96 |
| 29-MAR-1996 | EVENT ACTION | COMPLETED |
| 08-APR-1996 | EVENT ACTION | POSTPONED |
| 08-APR-1996 | EVENT REASON | DEFENSE COUNSEL ON TRIAL OTH COURT |
| 15-APR-1996 | EVENT ACTION | POSTPONED |
| 15-APR-1996 | EVENT REASON | OTHER EVENT SCHEDULED THAT DATE |
| 29-APR-1996 | EVENT ACTION | POSTPONED |
| 29-APR-1996 | EVENT REASON | BY ORDER OF THE COURT |
| 01-MAY-1996 | EVENT ACTION | COMPLETED |

# Criminal Docket Sheet Report

P2-1993-0837A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 01-MAY-1996 | EVENT REASON | VIOLATION REPORT WITHDRAWN |
| 24-JUL-1996 | MOTION TO APPOINT ATTORNEY | Party Filing: DEFENSE |
| 24-JUL-1996 | MOTION FOR RELEASE | Party Filing: DEFENSE |
| 24-JUL-1996 | MOTION TO ASSIGN | Party Filing: DEFENSE ; Note: (2) |
| 24-JUL-1996 | PET WRIT OF HABEAS CORPUS | Party Filing: DEFENSE ; Note: (2) |
| 21-AUG-1996 | EVENT ACTION | POSTPONED |
| 21-AUG-1996 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 28-AUG-1996 | DOCKET NOTE | NOT PRESSING |
| 28-AUG-1996 | EVENT ACTION | PASSED |
| 28-AUG-1996 | EVENT REASON | BY ORDER OF THE COURT |
| 19-NOV-1996 | CASE REC'D FROM SUPREME COURT | |
| 19-NOV-1996 | EXHIBITS FILED W/CLERKS OFFICE | |
| 19-NOV-1996 | DOCKET NOTE | DENIED & DISMISSED. 3 TRANSCRIPTS FILED IN BIN #46 |
| 19-NOV-1996 | EVENT ACTION | COMPLETED |
| 19-NOV-1996 | EVENT REASON | JUDGMENT APPEALED FROM IS AFFIRMED |
| 29-NOV-1996 | EVENT ACTION | POSTPONED |
| 29-NOV-1996 | EVENT REASON | DEFENDANT NOT ON HABEAS |
| 06-DEC-1996 | DEFT ADVISED SUPREME CT DEC | |
| 06-DEC-1996 | EVENT ACTION | COMPLETED |
| 23-JAN-1997 | MOTION TO REDUCE SENTENCE | Party Filing: DEFENSE |
| 03-FEB-1997 | MOTION | Party Filing: STATE ; Note: TO INCREASE SENTENCE |
| 18-FEB-1997 | OBJECTION FILED | Party Filing: DEFENSE |
| 19-FEB-1997 | EVENT ACTION | POSTPONED |
| 19-FEB-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 24-MAR-1997 | LETTER FILED | Party Filing: DEFENSE ; Note: REQUESTING DOCKET SHEET/ANS 3-24-97 D.L. |
| 25-MAR-1997 | DOCKET NOTE | TO INCREASE SENTENCE |
| 25-MAR-1997 | EVENT ACTION | POSTPONED |
| 25-MAR-1997 | EVENT ACTION | POSTPONED |
| 25-MAR-1997 | EVENT REASON | DEFENDANT NOT ON HABEAS |
| 25-MAR-1997 | EVENT REASON | DEFENDANT NOT ON HABEAS |
| 02-APR-1997 | EVENT ACTION | POSTPONED |
| 02-APR-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 09-APR-1997 | EVENT ACTION | DENIED |
| 09-APR-1997 | EVENT ACTION | DENIED |
| 21-APR-1997 | MOTION TO APPOINT ATTORNEY | Party Filing: DEFENSE |
| 21-APR-1997 | MOT PROCEED IN FORMA PAUPERIS | Party Filing: DEFENSE |
| 21-APR-1997 | NOTICE OF APPEAL SUPREME COURT | Party Filing: DEFENSE |
| 21-APR-1997 | REQUEST | Party Filing: DEFENSE ; Note: FOR TRANSCRIPTS |
| 01-MAY-1997 | EVENT ACTION | POSTPONED |
| 01-MAY-1997 | EVENT ACTION | POSTPONED |

True Copy ... Court ... & Bristol ... Providence, Rhode Island

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 01-MAY-1997 | EVENT REASON | DEFENDANT NOT ON HABEAS |
| 01-MAY-1997 | EVENT REASON | DEFENDANT NOT ON HABEAS |
| 15-MAY-1997 | DOCKET NOTE | SUPREME COURT WILL APPOINT AN ATTORNEY PER ORDER |
| 15-MAY-1997 | EVENT ACTION | COMPLETED |
| 15-MAY-1997 | EVENT ACTION | PASSED |
| 09-JUL-1997 | VIOLATION REPORT | Party Filing: STATE ; Note: OF SUSPENDED SENTENCE |
| 09-JUL-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: GEMMA; Date Modified: 24-SEP-97 |
| 09-JUL-1997 | EVENT ACTION | COMPLETED |
| 09-JUL-1997 | EVENT REASON | REFERRED TO PUBLIC DEFENDER |
| 11-JUL-1997 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: THOMAS BRIODY #4427 |
| 16-JUL-1997 | EVENT ACTION | POSTPONED |
| 16-JUL-1997 | EVENT REASON | CONTINUED FOR FURTHER HEARING |
| 23-JUL-1997 | DOCKET NOTE | MOTION FOR NAMES & WITNESS STATEMENTS |
| 23-JUL-1997 | EVENT ACTION | DENIED |
| 19-AUG-1997 | MOTION SUBPOENA DUCES TECUM | Party Filing: STATE |
| 21-AUG-1997 | EVENT ACTION | POSTPONED |
| 21-AUG-1997 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 03-SEP-1997 | EVENT ACTION | COMPLETED |
| 03-SEP-1997 | EVENT REASON | MOTION WITHDRAWN |
| 04-SEP-1997 | EVENT ACTION | POSTPONED |
| 04-SEP-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 08-SEP-1997 | EVENT ACTION | POSTPONED |
| 08-SEP-1997 | EVENT REASON | CASE NOT REACHED |
| 12-SEP-1997 | EVENT ACTION | POSTPONED |
| 12-SEP-1997 | EVENT REASON | CONTINUED FOR FURTHER HEARING |
| 24-SEP-1997 | DEFENDANT APPEARS | |
| 24-SEP-1997 | HEARING PROCEEDS & CONCLUDES | |
| 24-SEP-1997 | DOCKET NOTE | HEARING BEGAN ON 9/12/97 |
| 24-SEP-1997 | EVENT ACTION | COMPLETED |
| 24-SEP-1997 | EVENT REASON | DECLARED TO BE A VIOLATOR |
| 18-MAR-1999 | ORDER ENTERED | Party Filing: COURT ; Note: FOR WITHDRAWAL OF TRANSCRIPTS |
| 23-JUN-1999 | EVENT ACTION | COMPLETED |
| 09-NOV-1999 | DOCKET NOTE | RETURNED 3 TRANSCRIPTS BACK TO BIN #46 |
| 09-NOV-1999 | EVENT ACTION | COMPLETED |
| 11-JUN-2001 | ORD W/D EXHIBITS/TRANSCRIPTS | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 26-JUN-2001 | TRANSCRIPT(S) | RETURNED (3) FILED IN BIN #46 |
| 20-SEP-2001 | FILE TRANSFERRED RECORD CENTER | |
| 20-NOV-2002 | MOTION FOR TRANSCRIPT | |
| | **Affiliated Party:** TORO, EDSON | |

True Copy Attest
Office of Clerk ... Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 03-DEC-2002 | PENDING FURTHER INVESTIGATION | |
| 06-DEC-2002 | FILE REC'D FROM RECORD CENTER | |
| 17-DEC-2002 | PENDING FURTHER INVESTIGATION | |
| 09-JAN-2003 | JUDGE NOT AVAILABLE | |
| 09-JAN-2003 | STATE NOT READY | |
| 23-JAN-2003 | PROSECUTOR UNAVAILABLE | |
| 11-FEB-2003 | MOT TO VACATE NO CONTACT ORDER<br>**Affiliated Party:** TORO, EDSON | |
| 11-FEB-2003 | MOTION TO ASSIGN<br>**Affiliated Party:** TORO, EDSON | |
| 11-FEB-2003 | CASE PASSED FOR TRIAL | |
| 12-FEB-2003 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** TORO, EDSON | |
| 24-FEB-2003 | GRANTED | |
| 10-MAR-2003 | DATE VACATED BY JUDGE | |
| 17-MAR-2003 | COURT TO APPNT PRIVATE COUNSEL | |
| 24-MAR-2003 | COMPLETED | |
| 24-MAR-2003 | ENTRY OF APPEARANCE<br>**Affiliated Party:** COSEL, PETER M | |
| 07-APR-2003 | PROSECUTOR UNAVAILABLE | |
| 14-APR-2003 | PENDING FURTHER INVESTIGATION | |
| 21-APR-2003 | MOTION TO VACATE PLEA EVENT | |
| 21-APR-2003 | CASE DISPOSED<br>**Affiliated Party:** TORO, EDSON | |
| 21-APR-2003 | 48A DISMISSAL FILED<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 05-SEP-2003 | LETTER COURT APPOINTS ATTORNEY<br>**Affiliated Party:** DECAPORALE, JOSEPH L. | |
| 26-SEP-2003 | MOTION DENIED | |
| 06-NOV-2003 | FILE TRANSFERRED RECORD CENTER | |
| 25-OCT-2004 | PAYMENT PLAN SET | #31848 @ $50.00/month |
| 09-FEB-2005 | RETURNED FROM SUPREME COURT | |
| 23-FEB-2005 | COMPLETED | |
| 10-MAR-2005 | COMPLETED | COURT COSTS HAVE BEEN DELETED... NO COURT COSTS ON THIS CASE |
| 10-MAR-2005 | FILE TRANSFERRED RECORD CENTER | |
| 22-MAR-2005 | FILE TRANSFERRED RECORD CENTER | |
| 13-SEP-2005 | FILE REC'D FROM RECORD CENTER | |
| 17-FEB-2006 | FILE TRANSFERRED RECORD CENTER | |

rue Copy