EXHIBIT E

# Criminal Docket Sheet Report



**Case ID:** P2-1993-0305A **Description:** EDSON TORO
**Filing Date:** 12-DEC-1992
**Original Case ID:** 40992102008
629219472

**Defendant Name:** EDSON TORO **Police Dept:** PROVIDENCE POLICE DEPARTMENT
**BCI#:** 09210594 **Date of Birth:** 15-SEP-1975 **Incarcerated:**

**Address:** ACI

PROVIDENCE RI

**COURT APPOINTED ATTORNEY:** JOSEPH L. DECAPORALE
**PROSECUTOR:** TERENCE E LIVINGSTON

## Charge Information

**Count:** 1 11050010 **ASSLT W/INT COMM SPECIF FELONY**
**Offense Date:** 05-AUG-1992

**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 5 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 3 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** CNSEC W/SENT SERVING

**Sentence:** SUSPENDED
**Term:** 2 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:**

**Sentence:** PROBATION
**Term:** 2 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** CNCRT W/SENT SERVING

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** Amount: $100.00

True Copy Attest
Superior Court
Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report

P2-1993-0305A

## Charge Information

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 01-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** Amount: $300.00

**Sentence:** VIOLATION OF SUSP SENT
**Term:** 0 Years
**Start:** 24-SEP-1997
**Judge:** JUDGE FORTUNATO
**Text:** CONTINUED ON SAME

**Count:** 101 11050011 **ASSLT W/INT MURDER**
**Offense Date:** 05-AUG-1992
**Charge Text:**
**Disposition:** NO INFORMATION SIGNED

**Count:** 102 11470080 **CARRY PISTOL W/O LICENSE**
**Offense Date:** 05-AUG-1992
**Charge Text:**
**Disposition:** NO INFORMATION SIGNED

**Count:** 103 11470030 **CARRY WEAPON/CRIME OF VIOLENCE**
**Offense Date:** 05-AUG-1992
**Charge Text:**
**Disposition:** NO INFORMATION SIGNED

**Count:** 104 11050012 **ASSLT W/INT ROBBERY**
**Offense Date:** 05-AUG-1992
**Charge Text:**
**Disposition:** INFORMATION SIGNED

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

12-DEC-1992 NO CONTACT ORDER

## Bail Information

12-DEC-1992 TYPE OF BAIL SET Bail Type: SURETY; Judge/Bail: B.C. CAMPANELLA; Amount: $50000.00

14-DEC-1992 BAIL POSTING INFORMATION Count: 001; Bail Amount Posted: $1,200.00; Person Posting Bail: EDSON TORO



Office of Clerk ... Counties ... Providence, Rhode Island

# Criminal Docket Sheet Report



## Bail Information

| | | |
|---|---|---|
| 05-MAR-1993 | TYPE OF BAIL SET | Bail Type: PRS RECOG; Judge/Bail: MCATEE; Amount: $10000.00 |
| 10-AUG-1993 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: PEDERZANI |
| 09-JUL-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: GEMMA; Date Modified: 24-SEP-97 |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

## Events

| Date | Event | Judge |
|---|---|---|
| 12-DEC-1992 | **FELONY INITIAL APPEARANCE** | CAMPANELLA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | WANT OF BAIL DEFT IS COMMITTED | |
| | NO CONTACT ORDER | |
| | DOCKET NOTE BAIL SUPERVISION | |
| 14-DEC-1992 | **BAIL REVIEW** | MOORE, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DOCKET NOTE BAIL SET AT 12,000 W/SURETY | |
| 11-FEB-1993 | **PRE-ARRAIGNMENT DISP CONFERENC** | CARNEVALE, MAGISTRATE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR ARRAIGNMENT | |
| 19-FEB-1993 | **ARRAIGNMENT** | CARNEVALE, MAGISTRATE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 26-FEB-1993 | **ARRAIGNMENT** | CARNEVALE, MAGISTRATE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 05-MAR-1993 | **ARRAIGNMENT** | MCATEE, MAGISTRATE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON REFERRED TO PUBLIC DEFENDER | |
| | DEFT ARRGN & PLEADS NOT GUILTY | |
| | PRETRIAL NOTICE ISSUED | |
| | BAIL UNIT SUPERVISION | |
| 06-MAY-1993 | **PRE-TRIAL CONFERENCE** | DARIGAN, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |

True Copy Attest
Superior Court
& Bristol

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 04-JUN-1993 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION COMPLETED<br>EVENT REASON CASE PASSED FOR TRIAL | SHEEHAN, JUDGE |
| 22-JUL-1993 | **TRIAL**<br>EVENT ACTION POSTPONED<br>EVENT REASON STATE NOT READY | PFEIFFER, JUDGE |
| 28-JUL-1993 | **TRIAL**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | PFEIFFER, JUDGE |
| 10-AUG-1993 | **PRESENT AS A VIOLATOR**<br>EVENT ACTION COMPLETED<br>EVENT REASON REFERRED TO PUBLIC DEFENDER | PEDERZANI, JUDGE |
| 12-AUG-1993 | **DISPOSITION**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | PFEIFFER, JUDGE |
| 17-AUG-1993 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION COMPLETED<br>EVENT REASON PUBLIC DEFENDER TO ENTER APPEARANCE<br>REMANDED TO THE ACI | CALDARONE, JUDGE |
| 25-AUG-1993 | **DISPOSITION**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | CALDARONE, JUDGE |
| 25-AUG-1993 | **VIOLATION OF BAIL**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | CALDARONE, JUDGE |
| 09-SEP-1993 | **DISPOSITION**<br>EVENT ACTION COMPLETED<br>EVENT REASON CASE PASSED FOR TRIAL | ISRAEL, JUDGE |
| 13-SEP-1993 | **VIOLATION OF BAIL**<br>EVENT ACTION COMPLETED<br>EVENT REASON DECLARED TO BE A VIOLATOR<br>HEARING PROCEEDS & CONCLUDES<br>CONTINUES TO BE HELD W/O BAIL<br>DOCKET NOTE HEARING 9/09, 9/10, 9/13 | ISRAEL, JUDGE |
| 12-NOV-1993 | **TRIAL**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE NOT READY<br>EVENT REASON Defense | PFEIFFER, JUDGE |
| 27-JAN-1994 | **MOTION TO REDUCE BAIL**<br>EVENT ACTION DENIED | PFEIFFER, JUDGE |

# Criminal Docket Sheet Report

P2-1993-0305A

## Events

| Date | Event | Judge |
|---|---|---|
| 08-MAR-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CONSIDERATION OF DISPOSITION | |
| 22-MAR-1994 | **DISPOSITION** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 12-APR-1994 | **DISPOSITION** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 11-MAY-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 01-JUN-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 28-JUL-1994 | **TRIAL** | CRESTO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| | EVENT REASON Defense | |
| 12-OCT-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CONSIDERATION OF DISPOSITION | |
| | EVENT REASON Defense | |
| 26-OCT-1994 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 02-NOV-1994 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON COURT TO APPOINT PRIVATE COUNSEL | |
| 09-NOV-1994 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| 16-NOV-1994 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 30-NOV-1994 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 07-DEC-1994 | **PRE-TRIAL CONFERENCE** | CRESTO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |

True Copy Attest

# Criminal Docket Sheet Report

P2-1993-0305A

## Events

| Date | Event | Judge |
|---|---|---|
| 14-DEC-1994 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 31-JAN-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 02-FEB-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 24-APR-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 27-APR-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| 18-MAY-1995 | **PRE-TRIAL CONFERENCE** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PROSECUTOR EXCUSED FROM COURT | |
| 25-MAY-1995 | **PRE-TRIAL CONFERENCE** | CLIFTON, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 22-JUN-1995 | **MOTION TO WITHDRAW** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON COURT TO APPOINT PRIVATE COUNSEL | |
| 22-JUN-1995 | **TRIAL** | RODGERS, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| | EVENT REASON Defense | |
| 29-JUN-1995 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON DEFENSE ATTNY TO ENTER APPEARANCE | |
| 24-JUL-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL NO SHOW | |
| 07-AUG-1995 | **PRE-TRIAL CONFERENCE** | CRESTO, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 10-OCT-1995 | **MOTION TO COMPEL**<br>EVENT ACTION PASSED<br>EVENT REASON DEFENSE COUNSEL UNAVAILABLE | SHEEHAN, JUDGE |
| 26-OCT-1995 | **TRIAL**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE NOT READY<br>EVENT REASON Defense | PFEIFFER, JUDGE |
| 05-DEC-1995 | **TRIAL**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | PFEIFFER, JUDGE |
| 13-FEB-1996 | **TRIAL**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | PFEIFFER, JUDGE |
| 01-MAR-1996 | **MOTION**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION<br>DOCKET NOTE TO FURNISH LAND WRIT | GEMMA, JUDGE |
| 08-MAR-1996 | **STATE'S MOTION**<br>EVENT ACTION GRANTED<br>EVENT REASON ORDER TO ENTER | GEMMA, JUDGE |
| 29-MAR-1996 | **MOTION TO ADJUDGE IN CONTEMPT**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | WILLIAMS, JUDGE |
| 02-APR-1996 | **MOT FOR COMPETENCY HEARING**<br>EVENT ACTION GRANTED | SHEEHAN, JUDGE |
| 02-APR-1996 | **MOT ISSUE SUBPOENA DUCES TECUM**<br>EVENT ACTION GRANTED | SHEEHAN, JUDGE |
| 02-APR-1996 | **TRIAL**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION<br>DOCKET NOTE COMPETENCY EVALUATION ORDERED REPORT DUE 4/15 | SHEEHAN, JUDGE |
| 08-APR-1996 | **MOTION TO ADJUDGE IN CONTEMPT**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | GEMMA, JUDGE |
| 15-APR-1996 | **CONTROL DATE**<br>EVENT ACTION POSTPONED<br>EVENT REASON PROSECUTOR UNAVAILABLE | SHEEHAN, JUDGE |

True Copy Attest



Office of Court

# Criminal Docket Sheet Report

P2-1993-0305A

## Events

| Date | Event | Judge |
| --- | --- | --- |
| 15-APR-1996 | **MOTION TO ADJUDGE IN CONTEMPT**<br>EVENT ACTION POSTPONED<br>EVENT REASON PROSECUTOR UNAVAILABLE | SHEEHAN, JUDGE |
| 29-APR-1996 | **CONTROL DATE**<br>EVENT ACTION PASSED | SHEEHAN, JUDGE |
| 29-APR-1996 | **MOTION TO ADJUDGE IN CONTEMPT**<br>EVENT ACTION DENIED | SHEEHAN, JUDGE |
| 01-MAY-1996 | **DISPOSITION**<br>EVENT ACTION DISP/SENT<br>CASE DISPOSED<br>DEFN RETRACTS PLEA/NOT GUILTY<br>DEFENDANT RE-ARRAIGNED<br>PRE-SENTENCE REPORT WAIVED | SHEEHAN, JUDGE |
| 09-JUL-1997 | **PRESENT AS A VIOLATOR**<br>EVENT ACTION COMPLETED | GEMMA, JUDGE |
| 16-JUL-1997 | **VIOLATION HEARING**<br>EVENT ACTION POSTPONED<br>EVENT REASON CONTINUED FOR FURTHER HEARING | GEMMA, JUDGE |
| 23-JUL-1997 | **MOTIONS**<br>EVENT ACTION DENIED | GEMMA, JUDGE |
| 21-AUG-1997 | **VIOLATION HEARING**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL UNAVAILABLE | DIMITRI, JUDGE |
| 03-SEP-1997 | **MOT ISSUE SUBPOENA DUCES TECUM**<br>EVENT ACTION COMPLETED<br>EVENT REASON MOTION WITHDRAWN | PFEIFFER, JUDGE |
| 04-SEP-1997 | **VIOLATION HEARING**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | PFEIFFER, JUDGE |
| 08-SEP-1997 | **VIOLATION HEARING**<br>EVENT ACTION POSTPONED<br>EVENT REASON CASE NOT REACHED | FORTUNATO, JUDGE |
| 12-SEP-1997 | **VIOLATION HEARING**<br>EVENT ACTION POSTPONED<br>EVENT REASON CONTINUED FOR FURTHER HEARING | FORTUNATO, JUDGE |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 24-SEP-1997 | **VIOLATION HEARING** | FORTUNATO, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON DECLARED TO BE A VIOLATOR | |
| | DEFENDANT APPEARS | |
| | HEARING PROCEEDS & CONCLUDES | |
| | DOCKET NOTE HEARING BEGAN ON 9/12/97 | |
| 20-FEB-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 27-FEB-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON ACI/MARSHAL CANCELD DEFD APPEARANCE | |
| 12-MAR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | |
| 19-MAR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 26-MAR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 02-APR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON MOTION WITHDRAWN | |
| 02-APR-1998 | **MOTION TO WITHDRAW** | PFEIFFER, JUDGE |
| | EVENT ACTION DENIED | |
| 24-APR-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 08-MAY-1998 | **CONTROL DATE** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| 22-MAY-1998 | **MOTION RETURN SEIZED PROPERTY** | PFEIFFER, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON MOTION WITHDRAWN | |
| 11-SEP-2003 | **MOTION TO VACATE PLEA** | PROCACCINI, JUDGE |
| | ZZZ PASSED | |

Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report

P2-1993-0305A

## Events

| Date | Event | Judge |
|---|---|---|
| 26-SEP-2003 | **MOTION TO VACATE PLEA**<br>MOTION DENIED | DARIGAN, JUDGE |
| 07-JUL-2004 | **MOTION TO REDUCE SENTENCE**<br>PENDING FURTHER INVESTIGATION | MCGUIRL, JUDGE |
| 12-JUL-2004 | **MOTION TO REDUCE SENTENCE**<br>DENIED | DARIGAN, JUDGE |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|
| 12-FEB-2004 | | SUPREME COURT | |

**Reason:** TRANSFER TO SUPREME COURT

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 12-DEC-1992 | NO CONTACT ORDER | |
| 12-DEC-1992 | WANT OF BAIL DEFT IS COMMITTED | |
| 12-DEC-1992 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: B.C. CAMPANELLA; Amount: $50000.00 |
| 12-DEC-1992 | DOCKET NOTE | BAIL SUPERVISION |
| 12-DEC-1992 | EVENT ACTION | COMPLETED |
| 12-DEC-1992 | CASE INITIATION | |
| 14-DEC-1992 | DOCKET NOTE | BAIL SET AT 12,000 W/SURETY |
| 14-DEC-1992 | EVENT ACTION | COMPLETED |
| 14-DEC-1992 | BAIL POSTING INFORMATION | Count: 001; Bail Amount Posted: $1,200.00; Person Posting Bail: EDSON TORO |
| 31-DEC-1992 | DISPOSITION PROSECUTOR | Prostr: PAGE |
| 27-JAN-1993 | INFORMATION FILED | Party Filing: STATE |
| 11-FEB-1993 | EVENT ACTION | COMPLETED |
| 11-FEB-1993 | EVENT REASON | CASE PASSED FOR ARRAIGNMENT |
| 19-FEB-1993 | EVENT ACTION | POSTPONED |
| 19-FEB-1993 | EVENT REASON | REPRESENTATION PROBLEM |
| 26-FEB-1993 | EVENT ACTION | POSTPONED |
| 26-FEB-1993 | EVENT REASON | DEFENSE NOT READY |
| 05-MAR-1993 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 05-MAR-1993 | BAIL UNIT SUPERVISION | |
| 05-MAR-1993 | PRETRIAL NOTICE ISSUED | |
| 05-MAR-1993 | RECOGNIZANCE FILED | Party Filing: DEFENSE |
| 05-MAR-1993 | TYPE OF BAIL SET | Bail Type: PRS RECOG; Judge/Bail: MCATEE; Amount: $10000.00 |
| 05-MAR-1993 | EVENT ACTION | COMPLETED |



Office of Clerk of Superior Court
Counties of ... & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report

P2-1993-0305A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 05-MAR-1993 | EVENT REASON | REFERRED TO PUBLIC DEFENDER |
| 08-MAR-1993 | BAIL UNIT FOLLOW PROCEDURES | Party Filing: STATE |
| 12-MAR-1993 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: BY P TONDREAU |
| 06-MAY-1993 | BAIL UNIT FOLLOW PROCEDURES | Party Filing: STATE |
| 06-MAY-1993 | EVENT ACTION | POSTPONED |
| 06-MAY-1993 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 04-JUN-1993 | EVENT ACTION | COMPLETED |
| 04-JUN-1993 | EVENT REASON | CASE PASSED FOR TRIAL |
| 22-JUL-1993 | EVENT ACTION | POSTPONED |
| 22-JUL-1993 | EVENT REASON | STATE NOT READY |
| 28-JUL-1993 | EVENT ACTION | POSTPONED |
| 28-JUL-1993 | EVENT REASON | DEFENSE COUNSEL ON TRIAL OTH COURT |
| 10-AUG-1993 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: PEDERZANI |
| 10-AUG-1993 | EVENT ACTION | COMPLETED |
| 10-AUG-1993 | EVENT REASON | REFERRED TO PUBLIC DEFENDER |
| 12-AUG-1993 | EVENT ACTION | POSTPONED |
| 12-AUG-1993 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 17-AUG-1993 | REMANDED TO THE ACI | |
| 17-AUG-1993 | EVENT ACTION | COMPLETED |
| 17-AUG-1993 | EVENT REASON | PUBLIC DEFENDER TO ENTER APPEARANCE |
| 25-AUG-1993 | EVENT ACTION | POSTPONED |
| 25-AUG-1993 | EVENT ACTION | POSTPONED |
| 25-AUG-1993 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 25-AUG-1993 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 09-SEP-1993 | EVENT ACTION | COMPLETED |
| 09-SEP-1993 | EVENT REASON | CASE PASSED FOR TRIAL |
| 13-SEP-1993 | CONTINUES TO BE HELD W/O BAIL | |
| 13-SEP-1993 | HEARING PROCEEDS & CONCLUDES | |
| 13-SEP-1993 | DOCKET NOTE | HEARING 9/09, 9/10, 9/13 |
| 13-SEP-1993 | EVENT ACTION | COMPLETED |
| 13-SEP-1993 | EVENT REASON | DECLARED TO BE A VIOLATOR |
| 01-NOV-1993 | MOTION | Party Filing: DEFENSE ; Note: FOR BAIL REVIEW |
| 12-NOV-1993 | EVENT ACTION | POSTPONED |
| 12-NOV-1993 | EVENT REASON | DEFENSE NOT READY |
| 12-NOV-1993 | EVENT REASON | Defense |
| 27-JAN-1994 | EVENT ACTION | DENIED |
| 08-MAR-1994 | EVENT ACTION | POSTPONED |
| 08-MAR-1994 | EVENT REASON | CONSIDERATION OF DISPOSITION |
| 22-MAR-1994 | EVENT ACTION | POSTPONED |
| 22-MAR-1994 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 12-APR-1994 | EVENT ACTION | COMPLETED |

True Copy Attest

# Criminal Docket Sheet Report

P2-1993-0305A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 12-APR-1994 | EVENT REASON | CASE PASSED FOR TRIAL |
| 11-MAY-1994 | EVENT ACTION | POSTPONED |
| 11-MAY-1994 | EVENT REASON | DEFENSE NOT READY |
| 01-JUN-1994 | EVENT ACTION | POSTPONED |
| 01-JUN-1994 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 28-JUL-1994 | EVENT ACTION | POSTPONED |
| 28-JUL-1994 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 28-JUL-1994 | EVENT REASON | Defense |
| 12-OCT-1994 | EVENT ACTION | POSTPONED |
| 12-OCT-1994 | EVENT REASON | CONSIDERATION OF DISPOSITION |
| 12-OCT-1994 | EVENT REASON | Defense |
| 26-OCT-1994 | EVENT ACTION | POSTPONED |
| 26-OCT-1994 | EVENT REASON | REPRESENTATION PROBLEM |
| 02-NOV-1994 | PRETRIAL CONFERENCE NOTICE | Party Filing: COURT |
| 02-NOV-1994 | EVENT ACTION | POSTPONED |
| 02-NOV-1994 | EVENT REASON | COURT TO APPOINT PRIVATE COUNSEL |
| 09-NOV-1994 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: FRANCIS MACKEY |
| 09-NOV-1994 | EVENT ACTION | COMPLETED |
| 16-NOV-1994 | EVENT ACTION | POSTPONED |
| 16-NOV-1994 | EVENT REASON | DEFENSE NOT READY |
| 30-NOV-1994 | EVENT ACTION | POSTPONED |
| 30-NOV-1994 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 07-DEC-1994 | EVENT ACTION | POSTPONED |
| 07-DEC-1994 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 14-DEC-1994 | EVENT ACTION | POSTPONED |
| 14-DEC-1994 | EVENT REASON | DEFENSE NOT READY |
| 31-JAN-1995 | EVENT ACTION | POSTPONED |
| 31-JAN-1995 | EVENT REASON | DEFENSE NOT READY |
| 02-FEB-1995 | EVENT ACTION | POSTPONED |
| 02-FEB-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 24-MAR-1995 | MOTION FOR DISCLOSURE | Party Filing: DEFENSE |
| 24-MAR-1995 | MOTION FOR DISCLOSURE | Party Filing: DEFENSE ; Note: EXCULPATORY EVIDENCE |
| 24-MAR-1995 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 06-APR-1995 | REQUEST DISCOVERY AND ALIBI | Party Filing: STATE |
| 06-APR-1995 | RSP DEFT REQ DSCVY/INSPEC | Party Filing: STATE |
| 17-APR-1995 | MOTION | Party Filing: DEFENSE |
| 24-APR-1995 | EVENT ACTION | POSTPONED |
| 24-APR-1995 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 27-APR-1995 | EVENT ACTION | POSTPONED |
| 27-APR-1995 | EVENT REASON | BY ORDER OF THE COURT |
| 18-MAY-1995 | EVENT ACTION | POSTPONED |
| 18-MAY-1995 | EVENT REASON | PROSECUTOR EXCUSED FROM COURT |

True Copy Attest ... Court ... Bristol ... Island

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 25-MAY-1995 | EVENT ACTION | COMPLETED |
| 25-MAY-1995 | EVENT REASON | CASE PASSED FOR TRIAL |
| 09-JUN-1995 | MOTION TO WITHDRAW | Party Filing: DEFENSE ; Note: BY F MACKEY |
| 22-JUN-1995 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT |
| 22-JUN-1995 | EVENT ACTION | GRANTED |
| 22-JUN-1995 | EVENT ACTION | POSTPONED |
| 22-JUN-1995 | EVENT REASON | COURT TO APPOINT PRIVATE COUNSEL |
| 22-JUN-1995 | EVENT REASON | REPRESENTATION PROBLEM |
| 22-JUN-1995 | EVENT REASON | Defense |
| 29-JUN-1995 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: SCOTT LUTES |
| 29-JUN-1995 | EVENT ACTION | COMPLETED |
| 29-JUN-1995 | EVENT REASON | DEFENSE ATTNY TO ENTER APPEARANCE |
| 24-JUL-1995 | EVENT ACTION | POSTPONED |
| 24-JUL-1995 | EVENT REASON | DEFENSE COUNSEL NO SHOW |
| 07-AUG-1995 | EVENT ACTION | COMPLETED |
| 07-AUG-1995 | EVENT REASON | CASE PASSED FOR TRIAL |
| 28-SEP-1995 | MOTION TO COMPEL | Party Filing: STATE |
| 10-OCT-1995 | EVENT ACTION | PASSED |
| 10-OCT-1995 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 26-OCT-1995 | EVENT ACTION | POSTPONED |
| 26-OCT-1995 | EVENT REASON | DEFENSE NOT READY |
| 26-OCT-1995 | EVENT REASON | Defense |
| 01-DEC-1995 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 05-DEC-1995 | EVENT ACTION | POSTPONED |
| 05-DEC-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 13-FEB-1996 | EVENT ACTION | POSTPONED |
| 13-FEB-1996 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 29-FEB-1996 | MOTION | Party Filing: STATE ; Note: FOR CT ORDER/DEFN TO FURN EXEMPLARS |
| 29-FEB-1996 | ORDER ENTERED | Party Filing: COURT |
| 01-MAR-1996 | DOCKET NOTE | TO FURNISH LAND WRIT |
| 01-MAR-1996 | EVENT ACTION | POSTPONED |
| 01-MAR-1996 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 08-MAR-1996 | EVENT ACTION | GRANTED |
| 08-MAR-1996 | EVENT REASON | ORDER TO ENTER |
| 22-MAR-1996 | MOTION TO ADJUDGE IN CONTEMPT | Party Filing: STATE |
| 26-MAR-1996 | MOTION TO ADJUDGE IN CONTEMPT | Party Filing: STATE |
| 26-MAR-1996 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 29-MAR-1996 | MOTION TO ADJUDGE IN CONTEMPT | Party Filing: DEFENSE ; Note: DEFT IN CRIMINAL CONTEMPT |
| 29-MAR-1996 | EVENT ACTION | POSTPONED |
| 29-MAR-1996 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 02-APR-1996 | MOTION SUBPOENA DUCES TECUM | Party Filing: STATE |

Office of Clerk, Superior Court, Counties of Providence & Bristol, Rhode Island

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 02-APR-1996 | MOTION IN LIMINE | Party Filing: DEFENSE ; Note: (2) |
| 02-APR-1996 | MOTION | Party Filing: DEFENSE ; Note: TO PRECLUDE |
| 02-APR-1996 | MOTION | Party Filing: STATE ; Note: FOR EVALUATION |
| 02-APR-1996 | ORD ENT FOR COMPETENCY EXAM | Party Filing: COURT |
| 02-APR-1996 | ORDER ENTERED | Party Filing: COURT |
| 02-APR-1996 | DOCKET NOTE | COMPETENCY EVALUATION ORDERED REPORT DUE 4/15 |
| 02-APR-1996 | EVENT ACTION | GRANTED |
| 02-APR-1996 | EVENT ACTION | GRANTED |
| 02-APR-1996 | EVENT ACTION | POSTPONED |
| 02-APR-1996 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 08-APR-1996 | EVENT ACTION | POSTPONED |
| 08-APR-1996 | EVENT REASON | DEFENSE COUNSEL ON TRIAL OTH COURT |
| 15-APR-1996 | EVENT ACTION | POSTPONED |
| 15-APR-1996 | EVENT ACTION | POSTPONED |
| 15-APR-1996 | EVENT REASON | PROSECUTOR UNAVAILABLE |
| 15-APR-1996 | EVENT REASON | PROSECUTOR UNAVAILABLE |
| 29-APR-1996 | EVENT ACTION | PASSED |
| 29-APR-1996 | EVENT ACTION | DENIED |
| 01-MAY-1996 | CERTIFICATE OF JUDGE | Party Filing: COURT |
| 01-MAY-1996 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 01-MAY-1996 | ORD ENT TRANSFERRING CASH BAIL | Party Filing: COURT ; Note: FROM 6TH DISTRICT |
| 01-MAY-1996 | PRE-SENTENCE REPORT WAIVED | |
| 01-MAY-1996 | DEFN RETRACTS PLEA/NOT GUILTY | |
| 01-MAY-1996 | DEFENDANT RE-ARRAIGNED | |
| 01-MAY-1996 | CASE ASSOCIATION NOTE | Association: CONSECUTIVE SENTENCE ALSO CONCURRENT WITH P2933078A |
| 01-MAY-1996 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: LUTES, SCOTT A. |
| 01-MAY-1996 | DISPOSITION PROSECUTOR | Prostr: LIVINGSTON |
| 01-MAY-1996 | CASE DISPOSED | |
| 01-MAY-1996 | EVENT ACTION | DISP/SENT |
| 09-JUL-1997 | VIOLATION REPORT | Party Filing: STATE ; Note: OF SUSPENDED SENTENCE |
| 09-JUL-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: GEMMA; Date Modified: 24-SEP-97 |
| 09-JUL-1997 | EVENT ACTION | COMPLETED |
| 11-JUL-1997 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: THOMAS BRIODY #4427 |
| 16-JUL-1997 | EVENT ACTION | POSTPONED |
| 16-JUL-1997 | EVENT REASON | CONTINUED FOR FURTHER HEARING |
| 23-JUL-1997 | EVENT ACTION | DENIED |
| 21-AUG-1997 | EVENT ACTION | POSTPONED |
| 21-AUG-1997 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 03-SEP-1997 | EVENT ACTION | COMPLETED |

True Copy Attest

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 03-SEP-1997 | EVENT REASON | MOTION WITHDRAWN |
| 04-SEP-1997 | EVENT ACTION | POSTPONED |
| 04-SEP-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 08-SEP-1997 | EVENT ACTION | POSTPONED |
| 08-SEP-1997 | EVENT REASON | CASE NOT REACHED |
| 12-SEP-1997 | EVENT ACTION | POSTPONED |
| 12-SEP-1997 | EVENT REASON | CONTINUED FOR FURTHER HEARING |
| 24-SEP-1997 | DEFENDANT APPEARS | |
| 24-SEP-1997 | HEARING PROCEEDS & CONCLUDES | |
| 24-SEP-1997 | DOCKET NOTE | HEARING BEGAN ON 9/12/97 |
| 24-SEP-1997 | EVENT ACTION | COMPLETED |
| 24-SEP-1997 | EVENT REASON | DECLARED TO BE A VIOLATOR |
| 20-FEB-1998 | EVENT ACTION | POSTPONED |
| 20-FEB-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 27-FEB-1998 | EVENT ACTION | POSTPONED |
| 27-FEB-1998 | EVENT REASON | ACI/MARSHAL CANCELD DEFD APPEARANCE |
| 12-MAR-1998 | EVENT ACTION | POSTPONED |
| 12-MAR-1998 | EVENT REASON | DEFENSE COUNSEL ON TRIAL OTH COURT |
| 19-MAR-1998 | EVENT ACTION | POSTPONED |
| 19-MAR-1998 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 26-MAR-1998 | EVENT ACTION | POSTPONED |
| 26-MAR-1998 | EVENT REASON | DEFENSE COUNSEL UNAVAILABLE |
| 02-APR-1998 | EVENT ACTION | PASSED |
| 02-APR-1998 | EVENT ACTION | DENIED |
| 02-APR-1998 | EVENT REASON | MOTION WITHDRAWN |
| 24-APR-1998 | EVENT ACTION | POSTPONED |
| 24-APR-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 08-MAY-1998 | EVENT ACTION | COMPLETED |
| 22-MAY-1998 | EVENT ACTION | PASSED |
| 22-MAY-1998 | EVENT REASON | MOTION WITHDRAWN |
| 08-FEB-2001 | FILE REC'D FROM RECORD CENTER | |
| 20-SEP-2001 | FILE TRANSFERRED RECORD CENTER | |
| 18-MAR-2002 | MOTION TO VACATE PLEA | |
| | **Affiliated Party:** TORO, EDSON | |
| 27-MAR-2002 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** TORO, EDSON | |
| 27-MAR-2002 | MOTION TO ASSIGN | |
| | **Affiliated Party:** TORO, EDSON | |
| 27-MAR-2002 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** TORO, EDSON | |
| 27-MAR-2002 | MOTION TO ASSIGN | |
| | **Affiliated Party:** TORO, EDSON | |
| 15-JUL-2002 | MEMORANDUM FILED | |
| | **Affiliated Party:** TORO, EDSON | |

True Copy Attest
Office of Clerk ... Superior Court ... & Bristol

# Criminal Docket Sheet Report

P2-1993-0305A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 29-JUL-2002 | FILE REC'D FROM RECORD CENTER | |
| 09-SEP-2002 | FILE TRANSFERRED RECORD CENTER | |
| 20-FEB-2003 | FILE REC'D FROM RECORD CENTER | |
| 10-JUL-2003 | OBJECTION FILED | |
| | **Affiliated Party**: STATE OF RHODE ISLAND | |
| 19-JUL-2003 | MOTION TO ASSIGN | |
| 19-JUL-2003 | MOTION TO VACATE SENTENCE | |
| 19-JUL-2003 | PET WRIT OF HABEAS CORPUS | |
| 05-SEP-2003 | LETTER COURT APPOINTS ATTORNEY | |
| | **Affiliated Party**: DECAPORALE, JOSEPH L. | |
| 11-SEP-2003 | ZZZ PASSED | |
| 26-SEP-2003 | MOTION DENIED | |
| 26-SEP-2003 | REMANDED TO THE ACI | |
| 10-OCT-2003 | NOTICE OF APPEAL SUPREME COURT | |
| | **Affiliated Party**: TORO, EDSON | |
| 28-OCT-2003 | MOTION FOR TRANSCRIPT | |
| | **Affiliated Party**: TORO, EDSON | |
| 28-OCT-2003 | OEN,TRANSCRIPT AT ST'S EXPENSE | |
| 06-NOV-2003 | FILE TRANSFERRED RECORD CENTER | |
| 25-NOV-2003 | FILE REC'D FROM RECORD CENTER | |
| 04-FEB-2004 | APPEAL SUPREME COURT EVENT | |
| 04-FEB-2004 | CASE TRANSMITTED TO SUPREME CT | 1 file |
| 28-JUN-2004 | MOTION | TO CORRECT SENTENCE. |
| | **Affiliated Party**: TORO, EDSON | |
| 07-JUL-2004 | PENDING FURTHER INVESTIGATION | |
| 12-JUL-2004 | DENIED | |
| 07-OCT-2004 | NOTICE OF APPEAL SUPREME COURT | |
| | **Affiliated Party**: TORO, EDSON | |
| 21-OCT-2004 | CASE REC'D FROM SUPREME COURT | |
| 25-OCT-2004 | PAYMENT PLAN SET | #31848 @ $50.00/month |
| 15-JUN-2005 | FILE TRANSFERRED RECORD CENTER | |
| 23-JAN-2008 | FILE REC'D FROM RECORD CENTER | |
| 25-JAN-2008 | OTHER DOCUMENT | FILE SENT TO JUDGE CLIFTON FOR PCR |

Office of Cl... Providence, Rhode Island

Total number of pages printed : 16

Date printed : 13-MAY-2008

User Name : SSHAW

Office of C[illegible] Court
Counties of [illegible] & Bristol
Providence, Rhode Island