# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**EDSON TORO,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**STATE OF RHODE ISLAND,**
**SUPERIOR COURT;**
**ASHBEL T. WALL, Director of the**
**Department of Corrections;**
**JOHN AND JANE DOE**
**Defendants.**

**AFFIDAVIT**

I, Frederick W. Haibon, Jr, hereby state the following under oath:

1. I presently serve as a Captain in the Records and Identification Unit of the R.I. Department of Corrections and have held this position for 20 years and have served with the Department of Corrections since 1981;
2. My responsibilities include the keeping of inmate records;
3. Attached is a true and accurate copy of Edson Toro's inmate event record, commonly called a "rap sheet"; and
4. This document is kept in the ordinary course of my employment as a Captain in the Records and Identification Unit of the R.I. Department of Corrections.

I hereby swear that the foregoing is true and accurate to the best of my knowledge and information.

**Captain Frederick W. Haibon, Jr.**
State of Rhode Island
Department of Corrections
Records and Identification

Subscribed and sworn to before me this 15th day of May, 2008:

**Notary Public**
My Commission Expires: 4/23/09

Inmate03.rpt R.I. DEPARTMENT OF CORRECTIONS DATE: 05/15/2008

RAP SHEET

ID: 090662 SECURITY: HIGH SECURITY
AME: TORO EDSON L D.O.B: 09/15/1975

| DATE | CODE | TABLE | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 12/12/1992 | 01 | COMMITMENT | INITIAL COMMITMENT TO ISC | | | |
| 12/14/1992 | 02 | DISCHARGE | INMATE DISCHARGED AT COURT FROM ISC | | | |
| 08/06/1993 | 01 | COMMITMENT | INMATE RECOMMITED TO ISC | | | |
| 08/06/1993 | 06 | TRANSFER | ISC | | - ISC D | 122T |
| 08/10/1993 | 10 | COURT APPEAR | REMANDED | | | |
| 08/16/1993 | 06 | TRANSFER | ISC D | 122T | - ISC D | 213T |
| 08/17/1993 | 10 | COURT APPEAR | UPDATED P2930305,P2930837 | | | |
| 08/24/1993 | 10 | COURT APPEAR | P2930305 UPDATED | | | |
| 08/25/1993 | 10 | COURT APPEAR | UPDATED P2930305,P2930837 | | | |
| 09/09/1993 | 10 | COURT APPEAR | REMAND FROM PSC | | | |
| 09/10/1993 | 10 | COURT APPEAR | UPDATED P2930837,P2930305 | | | |
| 09/12/1993 | 06 | TRANSFER | ISC D | 213T | - ISC N | 02B |
| 09/13/1993 | 10 | COURT APPEAR | REMAND FROM PSC | | | |
| 10/02/1993 | 06 | TRANSFER | ISC N | 02B | - ISC D | 112B |
| 10/08/1993 | 10 | COURT APPEAR | REMAND | | | |
| 10/30/1993 | 06 | TRANSFER | ISC D | 112B | - ISC HW | 01 |
| 11/01/1993 | 06 | TRANSFER | ISC HW | 01 | - ISC A | 121B |
| 11/01/1993 | 06 | TRANSFER | ISC A | 121B | - ISC HW | 07 |
| 11/02/1993 | 06 | TRANSFER | ISC HW | 07 | - ISC HW | 10 |
| 11/06/1993 | 06 | TRANSFER | ISC HW | 10 | - ISC HW | 01 |
| 11/15/1993 | 06 | TRANSFER | ISC HW | 01 | - ISC E | 113B |
| 12/16/1993 | 10 | COURT APPEAR | REMAND FROM PSC | | | |
| 12/23/1993 | 06 | TRANSFER | ISC E | 113B | - ISC M | 21B |
| 01/03/1994 | 06 | TRANSFER | ISC M | 21B | - ISC M | 18T |
| 01/03/1994 | 10 | COURT APPEAR | UPDATED P2933078 | | | |
| 01/04/1994 | 06 | TRANSFER | ISC M | 18T | - ISC M | 20T |
| 01/05/1994 | 06 | TRANSFER | ISC M | 20T | - ISC M | 18T |
| 01/10/1994 | 10 | COURT APPEAR | UPDATED P2933078 | | | |
| 01/12/1994 | 06 | TRANSFER | ISC M | 18T | - ISC D | 220T |
| 01/19/1994 | 10 | COURT APPEAR | REMANDED ON P2933078 | | | |
| 01/24/1994 | 10 | COURT APPEAR | P2930837 UPDATED | | | |
| 01/26/1994 | 10 | COURT APPEAR | UPDATED P2933078 | | | |
| 01/27/1994 | 10 | COURT APPEAR | UPDATED P2933078,P2930837,P2930305 | | | |
| 03/08/1994 | 10 | COURT APPEAR | REMAND | | | |
| 03/14/1994 | 06 | TRANSFER | ISC D | 220T | - ISC M | 14B |
| 03/21/1994 | 06 | TRANSFER | ISC M | 14B | - ISC M | 16T |
| 03/22/1994 | 10 | COURT APPEAR | REMAND FROM PSC | | | |
| 04/05/1994 | 06 | TRANSFER | ISC M | 16T | - ISC N | 07B |
| 04/12/1994 | 10 | COURT APPEAR | REMANDED | | | |
| 04/13/1994 | 06 | TRANSFER | ISC N | 07B | - ISC H | 120B |
| 04/26/1994 | 06 | TRANSFER | ISC H | 120B | - ISC N | 03T |
| 05/21/1994 | 06 | TRANSFER | ISC N | 03T | - ISC D | 224T |
| 06/01/1994 | 10 | COURT APPEAR | UPDATED P2930305,P2933078 | | | |
| 06/10/1994 | 06 | TRANSFER | ISC D | 224T | - ISC D | 114T |
| 06/10/1994 | 06 | TRANSFER | ISC D | 114T | - ISC D | 123T |
| 07/07/1994 | 10 | COURT APPEAR | P2930837 UPDATED | | | |
| 07/11/1994 | 10 | COURT APPEAR | UPDATED P2930837 | | | |
| 07/12/1994 | 10 | COURT APPEAR | UPDATED P2930837 | | | |
| 07/13/1994 | 10 | COURT APPEAR | P2930837 UPDATED | | | |
| 07/14/1994 | 10 | COURT APPEAR | UPDATED P2930837 | | | |
| 07/26/1994 | 06 | TRANSFER | ISC D | 123T | - ISC D | 201T |
| 08/02/1994 | 06 | TRANSFER | ISC D | 201T | - ISC N | 12B |
| 08/21/1994 | 06 | TRANSFER | ISC N | 12B | - ISC M | 07B |
| 08/22/1994 | 06 | TRANSFER | ISC M | 07B | - ISC L | 23T |
| 09/07/1994 | 06 | TRANSFER | ISC L | 23T | - ISC H | 222T |
| 09/11/1994 | 06 | TRANSFER | ISC H | 222T | - ISC M | 23B |
| 09/13/1994 | 09 | SENTENCED | INMATE SENTENCED | | | |
| 09/17/1994 | 06 | TRANSFER | ISC M | 23B | - ISC K | 07T |

Inmate03.rpt R.I. DEPARTMENT OF CORRECTIONS DATE: 05/15/2008

RAP SHEET

ID: 090662 SECURITY: HIGH SECURITY
NAME: TORO EDSON L D.O.B: 09/15/1975

| DATE | CODE | TABLE | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 09/20/1994 | 06 | TRANSFER | ISC K | 07T | - ISC HW | 02 |

Z15001

| | | | |
|---|---|---|---|
| 09/21/1994 | 06 | TRANSFER | ISC HW 02 - ISC K 07B |
| 10/12/1994 | 10 | COURT APPEAR | P2930305A UPDATED |
| 10/18/1994 | 06 | TRANSFER | ISC K 07B - ISC F 107B |
| 10/26/1994 | 10 | COURT APPEAR | P2930305A,P2933078A UPDATED |
| 10/31/1994 | 07 | CLASSIFY | INMATE WAS CLASSIFIED TO MAX |
| 11/09/1994 | 10 | COURT APPEAR | UPDATED P2933078A,P2930305A |
| 11/16/1994 | 10 | COURT APPEAR | P2930305,P2933078 UPDATED |
| 11/20/1994 | 06 | TRANSFER | ISC F 107B - ISC L 12B |
| 11/20/1994 | 06 | TRANSFER | ISC L 12B - ISC L 16B |
| 11/23/1994 | 06 | TRANSFER | ISC L 16B - ISC L 06B |
| 11/30/1994 | 10 | COURT APPEAR | P2933078A,P2930305A UPDATED |
| 12/03/1994 | 06 | TRANSFER | ISC L 06B - ISC K 09B |
| 12/07/1994 | 06 | TRANSFER | ISC K 09B - ISC L 09B |
| 12/07/1994 | 10 | COURT APPEAR | P2933078A UPDATED |
| 12/14/1994 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO HSA |
| 12/14/1994 | 10 | COURT APPEAR | UPDATED P2933078A,P2930305A |
| 12/19/1994 | 06 | TRANSFER | ISC L 09B - HS F MOD F06 |
| 01/31/1995 | 10 | COURT APPEAR | P2933078A,P2930305A UPDATED |
| 01/31/1995 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO HSC |
| 02/02/1995 | 10 | COURT APPEAR | P2933078A,P2930305 UPDATED |
| 02/23/1995 | 10 | COURT APPEAR | P2923078A UPDATED |
| 03/09/1995 | 10 | COURT APPEAR | UPDATED P2933078A |
| 03/10/1995 | 06 | TRANSFER | HS F MOD F06 - HS D MOD D08 |
| 03/29/1995 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 03/30/1995 | 10 | COURT APPEAR | P2933078A UPDATED |
| 04/25/1995 | 06 | TRANSFER | HS D MOD D08 - HS HOSPBACK HB04 |
| 04/27/1995 | 06 | TRANSFER | HS HOSPBACK HB04 - HS F MOD F03 |
| 04/27/1995 | 10 | COURT APPEAR | P2933078A,P2930305A UPDATED |
| 05/25/1995 | 10 | COURT APPEAR | UPDATED P2933078A,P2930305A |
| 06/22/1995 | 10 | COURT APPEAR | P2930305,P2933078 UPDATED |
| 07/24/1995 | 10 | COURT APPEAR | P2930305A UPDATED |
| 08/07/1995 | 10 | COURT APPEAR | UPDATED P2933078A,P2930305A UPDATED |
| 10/30/1995 | 06 | TRANSFER | HS F MOD F03 - HS HOSPBACK HB04 |
| 11/01/1995 | 06 | TRANSFER | HS HOSPBACK HB04 - HS E MOD E11 |
| 12/05/1995 | 10 | COURT APPEAR | P2933078A UPDATED |
| 12/05/1995 | 10 | COURT APPEAR | P2930305 UPDATED |
| 12/06/1995 | 10 | COURT APPEAR | P2933078 UPDATED |
| 02/13/1996 | 10 | COURT APPEAR | P2930305 UPDATED |
| 02/16/1996 | 06 | TRANSFER | HS E MOD E11 - HS A MOD A20 |
| 02/21/1996 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO HSB |
| 02/22/1996 | 06 | TRANSFER | HS A MOD A20 - HS B MOD B06 |
| 03/08/1996 | 10 | COURT APPEAR | NO ACTION |
| 03/29/1996 | 10 | COURT APPEAR | P2930837A ADDED |
| 04/01/1996 | 10 | COURT APPEAR | P2930305 UPDATED |
| 04/02/1996 | 10 | COURT APPEAR | P2930305A UPDATED |
| 04/08/1996 | 06 | TRANSFER | HS B MOD B06 - HS HOSPBACK HB02 |
| 04/08/1996 | 10 | COURT APPEAR | P2930837A,P2930305A UPDATED |
| 04/10/1996 | 06 | TRANSFER | HS HOSPBACK HB02 - HS B MOD B06 |
| 04/10/1996 | 06 | TRANSFER | HS B MOD B06 - HS HOSPBACK HB02 |
| 04/10/1996 | 06 | TRANSFER | HS HOSPBACK HB02 - HS B MOD B06 |
| 04/15/1996 | 10 | COURT APPEAR | P2930305A UPDATED |
| 04/16/1996 | 10 | COURT APPEAR | P2930837A UPDATED |
| 04/29/1996 | 10 | COURT APPEAR | REMAND |
| 05/01/1996 | 10 | COURT APPEAR | P2930325,P2933078 TIME SERVED |
| 05/01/1996 | 10 | COURT APPEAR | P2930837 REMAND |
| 08/27/1996 | 88 | MISC | AWARDED 5 DAYS MERIT TIME |
| 02/19/1997 | 10 | COURT APPEAR | REMANDED FROM COURT |

Inmate03.rpt R.I. DEPARTMENT OF CORRECTIONS DATE: 05/15/2008

RAP SHEET

SECURITY: HIGH SECURITY
D.O.B: 09/15/1975

ID: 090662
NAME: TORO EDSON L

| DATE | CODE | TABLE | DESCRIPTION |
|---|---|---|---|
| 03/25/1997 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 04/02/1997 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 04/09/1997 | 10 | COURT APPEAR | REMANDED |
| 04/16/1997 | 06 | TRANSFER | HS B MOD B06 - HS B MOD B04 |
| 04/29/1997 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO MAX |
| 05/06/1997 | 06 | TRANSFER | HS B MOD B04 - MAX PRUD 2 P2-02 |
| 05/07/1997 | 09 | SENTENCED | 5 YEARS CONCURRENT |
| 05/15/1997 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 05/28/1997 | 10 | COURT APPEAR | US HOLD DISMISSED PER JUDGE LISI |
| 06/16/1997 | 06 | TRANSFER | MAX PRUD 2 P2-02 - HS F MOD F10 |
| 06/18/1997 | 06 | TRANSFER | HS F MOD F10 - HS HOSPBACK HB03 |
| 06/18/1997 | 06 | TRANSFER | HS HOSPBACK HB03 - HS HOLD |

| | | | |
|---|---|---|---|
| 06/18/1997 | 06 | TRANSFER | HS HOLD - ISC PSY 04 |
| 06/23/1997 | 06 | TRANSFER | ISC PSY 04 - ISC PSY 01 |
| 07/03/1997 | 06 | TRANSFER | ISC PSY 01 - HS HOLD |
| 07/07/1997 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 07/08/1997 | 10 | COURT APPEAR | 62979668 UPDATED |
| 07/09/1997 | 10 | COURT APPEAR | REMAND |
| 07/16/1997 | 10 | COURT APPEAR | REMAND |
| 07/23/1997 | 10 | COURT APPEAR | P2930305A UPDATED |
| 08/13/1997 | 10 | COURT APPEAR | P2971639A UPDATED |
| 08/21/1997 | 10 | COURT APPEAR | REMAND |
| 08/27/1997 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO HSC |
| 09/08/1997 | 10 | COURT APPEAR | P2930837A,P2930305A,P2971639A UPDATED |
| 09/12/1997 | 10 | COURT APPEAR | REMAND |
| 09/18/1997 | 10 | COURT APPEAR | P2971639A UPDATED |
| 09/19/1997 | 10 | COURT APPEAR | REMAND |
| 09/20/1997 | 06 | TRANSFER | HS F MOD F03 - ISC PSYD 04 |
| 09/22/1997 | 06 | TRANSFER | ISC PSY 04 - HS HOSPBACK HB01 |
| 09/22/1997 | 10 | COURT APPEAR | P2971639A UPDATED |
| 09/23/1997 | 06 | TRANSFER | HS HOSPBACK HB01 - HS F MOD HB01 |
| 09/23/1997 | 10 | COURT APPEAR | P2971639A UPDATED |
| 09/24/1997 | 09 | SENTENCED | 15 YEARS CONSECUTIVE |
| 10/08/1997 | 10 | COURT APPEAR | 62979668 TO P1973049A |
| 11/25/1997 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 03/12/1998 | 10 | COURT APPEAR | P1973049A UPDATED |
| 04/02/1998 | 10 | COURT APPEAR | P1973049 UPDATED |
| 04/23/1998 | 10 | COURT APPEAR | P1973049A UPDATED |
| 04/24/1998 | 10 | COURT APPEAR | REMAND |
| 05/06/1998 | 06 | TRANSFER | HS F MOD F03 - HS C MOD C01 |
| 05/08/1998 | 06 | TRANSFER | HS C MOD C01 - HS D MOD D11 |
| 05/08/1998 | 06 | TRANSFER | HS D MOD D11 - HS C MOD C01 |
| 05/22/1998 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 06/16/1998 | 06 | TRANSFER | HS C MOD C01 - HS C MOD C10 |
| 07/07/1998 | 10 | COURT APPEAR | P1973049A UPDATED |
| 07/11/1998 | 06 | TRANSFER | HS C MOD C10 - HS C MOD C12 |
| 07/16/1998 | 10 | COURT APPEAR | P1973049A UPDATED |
| 08/07/1998 | 10 | COURT APPEAR | P1973049A UPDATED |
| 09/04/1998 | 06 | TRANSFER | HS C MOD C12 - HS C MOD C07 |
| 09/26/1998 | 06 | TRANSFER | HS C MOD C07 - HS C MOD C02 |
| 09/26/1998 | 06 | TRANSFER | HS C MOD C02 - HS C MOD C11 |
| 09/26/1998 | 06 | TRANSFER | HS C MOD C11 - HS C MOD C02 |
| 10/30/1998 | 06 | TRANSFER | HS C MOD C02 - HS HOSPBACK HB03 |
| 10/31/1998 | 06 | TRANSFER | HS HOSPBACK HB03 - HS HOSPBACK HB02 |
| 11/02/1998 | 06 | TRANSFER | HS HOSPBACK HB02 - HS C MOD C05 |
| 11/02/1998 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 11/18/1998 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 11/19/1998 | 10 | COURT APPEAR | REMANDED FROM COURT |

0 Inmate03.rpt R.I. DEPARTMENT OF CORRECTIONS DATE: 05/15/2008

RAP SHEET

ID: 090662 SECURITY: HIGH SECURITY
NAME: TORO EDSON L D.O.B: 09/15/1975

| DATE | CODE | TABLE | DESCRIPTION |
|---|---|---|---|
| 11/20/1998 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 12/11/1998 | 10 | COURT APPEAR | REMAND |
| 12/14/1998 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 01/11/1999 | 10 | COURT APPEAR | REMANDED |
| 03/16/1999 | 10 | COURT APPEAR | P2971639A UPDATED |
| 03/23/1999 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 04/13/1999 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 04/14/1999 | 09 | SENTENCED | P2/97-1639A 10 YRS CONCURRENT NOT CONS. |
| 06/19/1999 | 06 | TRANSFER | HS C MOD C05 - HS D MOD D09 |
| 07/02/1999 | 10 | COURT APPEAR | REMAND |
| 07/21/1999 | 06 | TRANSFER | HS D MOD D09 - HS D MOD D05 |
| 07/27/1999 | 06 | TRANSFER | HS D MOD D05 - HS E MOD E05 |
| 08/18/1999 | 06 | TRANSFER | HS E MOD E05 - HS C MOD C09 |
| 01/21/2000 | 10 | COURT APPEAR | P1973049 UPDATED |
| 02/04/2000 | 10 | COURT APPEAR | REMANDED |
| 03/09/2000 | 10 | COURT APPEAR | REMANDED |
| 03/10/2000 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 03/31/2000 | 10 | COURT APPEAR | P1973049A UPDATED |
| 04/20/2000 | 10 | COURT APPEAR | REMANDED |
| 01/08/2001 | 10 | COURT APPEAR | P1973049A UPDATED |
| 01/09/2001 | 10 | COURT APPEAR | P1973049A UPDATED |
| 01/10/2001 | 10 | COURT APPEAR | P1973049A UPDATED |
| 01/11/2001 | 10 | COURT APPEAR | P1973049A UPDATED |

Z15001

| | | | |
|---|---|---|---|
| 01/12/2001 | 10 | COURT APPEAR | P1973049A UPDATED |
| 01/16/2001 | 10 | COURT APPEAR | P1973049A UPDATED |
| 01/17/2001 | 10 | COURT APPEAR | P1973049A UPDATED |
| 01/18/2001 | 10 | COURT APPEAR | P1973049A UPDATED |
| 01/19/2001 | 10 | COURT APPEAR | P1973049A UPDATED |
| 02/05/2001 | 10 | COURT APPEAR | P1973049A UPDATED |
| 04/10/2001 | 09 | SENTENCED | P1973049A LIFE & 6 MOS CONC AS HABITUAL |
| 04/19/2001 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 05/10/2001 | 10 | COURT APPEAR | REMANDED |
| 09/25/2001 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO HSB |
| 09/25/2001 | 06 | TRANSFER | HS C MOD C09 - HS B MOD B14 |
| 11/16/2001 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 01/22/2002 | 10 | COURT APPEAR | REMANDED |
| 04/05/2002 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 05/10/2002 | 06 | TRANSFER | HS B MOD B14 - HS F MOD F01 |
| 06/01/2002 | 06 | TRANSFER | HS F MOD F01 - HS B MOD B08 |
| 06/21/2002 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 07/15/2002 | 10 | COURT APPEAR | REMANDED |
| 08/13/2002 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 08/14/2002 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 08/18/2002 | 06 | TRANSFER | HS B MOD B08 - HS E MOD E09 |
| 08/20/2002 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 09/07/2002 | 06 | TRANSFER | HS E MOD E09 - HS F MOD F11 |
| 09/09/2002 | 10 | COURT APPEAR | REMANDED |
| 09/20/2002 | 06 | TRANSFER | HS F MOD F11 - HS B MOD B07 |
| 10/18/2002 | 10 | COURT APPEAR | REMANDED |
| 10/25/2002 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 10/31/2002 | 06 | TRANSFER | HS B MOD B07 - HS B MOD B08 |
| 11/01/2002 | 10 | COURT APPEAR | REMANDED |
| 11/23/2002 | 06 | TRANSFER | HS B MOD B08 - HS B MOD B03 |
| 11/28/2002 | 06 | TRANSFER | HS B MOD B03 - HS B MOD B08 |
| 12/03/2002 | 10 | COURT APPEAR | REMANDED |
| 12/16/2002 | 10 | COURT APPEAR | REMANDED |
| 01/09/2003 | 10 | COURT APPEAR | REMANDED |
| 01/23/2003 | 10 | COURT APPEAR | REMANDED |

Inmate03.rpt R.I. DEPARTMENT OF CORRECTIONS DATE: 05/15/2008

RAP SHEET

ID: 090662 SECURITY: HIGH SECURITY
NAME: TORO EDSON L D.O.B: 09/15/1975

| DATE | CODE | TABLE | DESCRIPTION |
|---|---|---|---|
| 02/11/2003 | 10 | COURT APPEAR | REMANDED |
| 02/24/2003 | 10 | COURT APPEAR | P2930837A NCO VACATED |
| 02/27/2003 | 10 | COURT APPEAR | REMANDED |
| 03/10/2003 | 10 | COURT APPEAR | REMANDED |
| 03/17/2003 | 10 | COURT APPEAR | REMANDED |
| 03/24/2003 | 06 | TRANSFER | HS B MOD B08 - HS E MOD E10 |
| 03/24/2003 | 06 | TRANSFER | HS E MOD E10 - HS C MOD C07 |
| 03/24/2003 | 10 | COURT APPEAR | REMANDED |
| 04/01/2003 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO HSC |
| 04/07/2003 | 10 | COURT APPEAR | REMANDED |
| 04/07/2003 | 10 | COURT APPEAR | REMANDED |
| 04/10/2003 | 10 | COURT APPEAR | REMANDED |
| 04/14/2003 | 10 | COURT APPEAR | REMANDED |
| 04/21/2003 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 04/28/2003 | 06 | TRANSFER | HS C MOD C07 - HS D MOD D12 |
| 06/11/2003 | 10 | COURT APPEAR | REMANDED |
| 07/21/2003 | 06 | TRANSFER | HS D MOD D12 - HS B MOD B12 |
| 08/05/2003 | 06 | TRANSFER | HS B MOD B12 - HS D MOD D08 |
| 09/04/2003 | 10 | COURT APPEAR | REMANDED |
| 09/26/2003 | 10 | COURT APPEAR | REMANDED |
| 11/13/2003 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO MXB |
| 11/14/2003 | 06 | TRANSFER | HS D MOD D08 - HS B MOD B02 |
| 11/17/2003 | 10 | COURT APPEAR | REMANDED |
| 12/15/2003 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO HSB |
| 01/16/2004 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 02/09/2004 | 10 | COURT APPEAR | REMANDED |
| 02/16/2004 | 10 | COURT APPEAR | REMANDED |
| 02/19/2004 | 10 | COURT APPEAR | REMAND FROM COURT |
| 03/27/2004 | 06 | TRANSFER | HS B MOD B02 - HS B MOD B03 |
| 07/07/2004 | 10 | COURT APPEAR | REMAND FROM COURT |
| 07/09/2004 | 10 | COURT APPEAR | REMANDED |
| 07/12/2004 | 10 | COURT APPEAR | REMANDED |
| 07/26/2004 | 12 | COMMENT | NEW TRIAL GRANTED / RETURN TO A&T |
| 07/26/2004 | 06 | TRANSFER | HS B MOD B03 - HS HOLD |

Z15001

| | | | |
|---|---|---|---|
| 07/26/2004 | 06 | TRANSFER | HS HOLD - HOLD |
| 07/26/2004 | 02 | DISCHARGE | INMATE EXPIRATION SENTENCE FROM HS |
| 07/26/2004 | 01 | COMMITMENT | INMATE RECOMMITED ISC |
| 07/26/2004 | 06 | TRANSFER | HOLD - ISC |
| 07/26/2004 | 06 | TRANSFER | ISC - ISC N 02T |
| 07/27/2004 | 06 | TRANSFER | ISC N 02T - ISC J 03T |
| 07/27/2004 | 10 | COURT APPEAR | P1973049A UPDATED |
| 08/10/2004 | 10 | COURT APPEAR | P1973049A UPDATED |
| 08/11/2004 | 10 | COURT APPEAR | REMANDED |
| 08/19/2004 | 10 | COURT APPEAR | P1973049A UPDATED |
| 08/19/2004 | 10 | COURT APPEAR | P1973049A UPDATED |
| 08/25/2004 | 10 | COURT APPEAR | P1973049A UPDATED |
| 09/23/2004 | 10 | COURT APPEAR | P1973049A UPDATED |
| 10/01/2004 | 10 | COURT APPEAR | P1973049A UPDATED |
| 10/05/2004 | 06 | TRANSFER | ISC J 03T - ISC P 03T |
| 10/15/2004 | 06 | TRANSFER | ISC P 03T - ISC K 23T |
| 10/16/2004 | 06 | TRANSFER | ISC K 23T - ISC K 23B |
| 10/26/2004 | 20 | STATUS CHG | AWAITING TRIAL TO SENTENCED(02) |
| 10/26/2004 | 09 | SENTENCED | INMATE SENTENCED |
| 10/27/2004 | 06 | TRANSFER | ISC K 23B - ISC HOLD |
| 10/27/2004 | 06 | TRANSFER | ISC HOLD - HS E MOD E05 |
| 11/10/2004 | 07 | CLASSIFY | INMATE WAS CLASSIFIED TO HSB |
| 11/12/2004 | 10 | COURT APPEAR | P1973049A HWOB TO 50000WS |
| 11/17/2004 | 06 | TRANSFER | HS E MOD E05 - HS B MOD B07 |



RAP SHEET

ID: 090662
NAME: TORO EDSON L

SECURITY: HIGH SECURITY
D.O.B: 09/15/1975

| DATE | CODE | TABLE | DESCRIPTION |
|---|---|---|---|
| 12/08/2004 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 01/25/2005 | 10 | COURT APPEAR | P1973049A UPDATED |
| 01/28/2005 | 10 | COURT APPEAR | REMANDED |
| 01/31/2005 | 10 | COURT APPEAR | P1973049A UPDATED |
| 02/23/2005 | 10 | COURT APPEAR | REMANDED |
| 02/24/2005 | 10 | COURT APPEAR | REMANDED |
| 02/28/2005 | 10 | COURT APPEAR | P1973049A UPDATED |
| 03/03/2005 | 10 | COURT APPEAR | P1973049A UPDATED |
| 03/04/2005 | 12 | COMMENT | SENT REDUCED FROM 10 TO 7YRS |
| 03/31/2005 | 10 | COURT APPEAR | P1973049A UPDATED |
| 05/04/2005 | 10 | COURT APPEAR | P1973049A UPDATED |
| 07/09/2005 | 06 | TRANSFER | HS B MOD B07 - HS C MOD C09 |
| 07/09/2005 | 06 | TRANSFER | HS C MOD C09 - HS B MOD B07 |
| 07/09/2005 | 06 | TRANSFER | HS B MOD B07 - HS F MOD F05 |
| 08/04/2005 | 06 | TRANSFER | HS F MOD F05 - HS C MOD C01 |
| 08/22/2005 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 09/15/2005 | 10 | COURT APPEAR | REMANDED |
| 09/16/2005 | 10 | COURT APPEAR | REMANDED |
| 09/29/2005 | 10 | COURT APPEAR | REMANDED |
| 11/07/2005 | 09 | SENTENCED | 28 YRS CONTROLLING |
| 12/09/2005 | 06 | TRANSFER | HS C MOD C01 - HS C MOD C11 |
| 01/06/2006 | 06 | TRANSFER | HS C MOD C11 - HS B MOD B09 |
| 01/31/2006 | 10 | COURT APPEAR | REMANDED |
| 04/07/2006 | 10 | COURT APPEAR | REMANDED |
| 05/05/2006 | 10 | COURT APPEAR | REMANDED |
| 05/10/2006 | 02 | DISCHARGE | DISC. TO NEW HAMP. |
| 05/10/2006 | 06 | TRANSFER | HS B MOD B09 - HS HOLD |
| 05/10/2006 | 06 | TRANSFER | HS HOLD - SOS |
| 05/10/2006 | 20 | STATUS CHG | SENTENCED TO ALTERNATE CUSTOD(5S) |
| 08/25/2006 | 20 | STATUS CHG | ALTERNATE CUSTOD TO SENTENCED(02) |
| 08/25/2006 | 09 | SENTENCED | INMATE SENTENCED |
| 08/25/2006 | 06 | TRANSFER | SOS - HS HOLD |
| 08/25/2006 | 06 | TRANSFER | HS HOLD - HS C MOD C02 |
| 09/28/2006 | 06 | TRANSFER | HS C MOD C02 - HS C MOD C04 |
| 10/14/2006 | 06 | TRANSFER | HS C MOD C04 - HS B MOD B19 |
| 01/26/2007 | 06 | TRANSFER | HS B MOD B19 - HS B MOD B18 |
| 04/19/2007 | 10 | COURT APPEAR | P1973049A SENT CHARGE CHANGE TO MURDER 2 |
| 04/19/2007 | 10 | COURT APPEAR | REMAND |
| 04/30/2007 | 10 | COURT APPEAR | REMAND |
| 08/28/2007 | 06 | TRANSFER | HS B MOD B18 - HS B MOD B18B |
| 04/15/2008 | 10 | COURT APPEAR | REMAND |