**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**EDSON TORO,**
**Plaintiff,**

**v.** **C.A. No. 08-064 S**

**STATE OF RHODE ISLAND,**
**SUPERIOR COURT;**
**ASHBEL T. WALL, Director of the**
**Department of Corrections;**
**JOHN AND JANE DOE**
**Defendants.**

**OBJECTION TO**
**MOTION TO AMEND COMPLAINT**

Defendant, State of Rhode Island, Superior Court ("Superior Court" or "Defendant"), hereby objects to the Motion to Amend Complaint pursuant to Rule 15 of the Federal Court Rules of Civil Procedure filed by *pro se* Plaintiff, Edson Toro ("Plaintiff" or "Toro").

In support, the Superior Court submits the accompanying Memorandum of Law.

WHEREFORE, the State respectfully requests that Toro's Motion to Amend be denied.

Respectfully submitted,

DEFENDANT
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Thomas A. Palombo

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of this Objection to Motion to Amend Complaint by U.S. Mail, postage prepaid, on this 30th day of June, 2008, to **Edson Toro, *pro se***, Department of Corrections, High Security Center, P.O. Box 8200, Cranston, RI 02920.

/s/ Thomas A. Palombo

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**EDSON TORO,**
**Plaintiff,**

**v.** **C.A. No. 08-064 S**

**STATE OF RHODE ISLAND,**
**SUPERIOR COURT;**
**ASHBEL T. WALL, Director of the**
**Department of Corrections;**
**JOHN AND JANE DOE**
**Defendants.**

**MEMORANDUM OF LAW IN SUPPORT OF**
**OBJECTION TO MOTION TO AMEND COMPLAINT**

This Memorandum of Law supports Defendant, State of Rhode Island, Superior Court's ("Superior Court" or "Defendant"), Objection to the Motion to Amend Complaint pursuant to Rule 15 of the Federal Court Rules of Civil Procedure filed by *pro se* Plaintiff, Edson Toro ("Plaintiff" or "Toro"). For the following reasons, the Motion to Amend should be denied.

Rule 15 provides that "leave of court [to amend] shall be freely given when justice so requires." The U.S. Supreme Court's leading case on Rule 15 amendment, Foman v. Davis, 371 U.S. 178, 182 (1962), states that "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of the allowance of the amendment, futility of amendment, etc." are reasons for denial of amendment.

Applying the teachings of Foman, Toro's proposed amendment adds little, if anything, to the Complaint presently before the Court. For some unknown reason, Toro deletes 42 U.S.C. Section 1983, and adds Sections 1985 and 1986. The "Parties" remain the same. The "Statement of Claim" is the same; but for the statement in Paragraph 4 that "the jury wasn't

allowed to accept self-defense." Counts I, II, III and IV are identical. The "Statement of Facts" changes a date in Paragraph 6 and, in Paragraph 7, adds the admission that Toro was credited with time-served for 8 years, 6 months and 15 days. Lastly, in the "Damages" section, Toro sharply reduces his punitive damage request from $1,246,000 to $318,400 and his compensatory damage request from $386,000 to $318,400.

Accordingly, applying the teachings of Foman, a plain reading of Toro's proposed Amended Complaint demonstrates that it is futile. First, Toro's proposed amendment literally adds nothing to the civil action presently before the Court. Second, the proposed amendment simply cannot breath life into the instant civil action, which clearly fails to state a claim upon which relief can be granted against Defendant, Superior Court. (In support, Defendant incorporates by reference its Memorandum of Law in Support of Motion to Dismiss.) Therefore, Toro's Motion to Amend should be denied.

For the reasons set forth, Defendant, State of Rhode Island, Superior Court, respectfully request that the Honorable Court deny Plaintiff Toro's Motion to Amend Complaint.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Thomas A. Palombo
______________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2996

**CERTIFICATION**

I hereby certify that I mailed a true copy of this Memorandum of Law in Support of Objection to Motion to Amend Complaint by First Class U.S. Mail, postage prepaid, on this 30th day of June, 2008, to **Edson Toro, *pro se***, Department of Corrections, High Security Center, P.O. Box 8200, Cranston, RI 02920.

/s/ Thomas A. Palombo