UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Edson Toro
Plaintiff

v. C.A. No. 08-64S

State of Rhode Island, et al
Defendant

**ORDER**

The Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian filed on August 5, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motions to Dismiss are GRANTED. This action is hereby DISMISSED.

By Order,

Wendy Isil

Deputy Clerk

ENTER:

WSmith

William E. Smith
United States District Judge

Date: 9/15/08